xv.    From April 1 to April 3, 2013, DANIEL VAZQUEZ arranged for the supply of kilograms of cocaine from ERIC PASKON, which he delivered to CHARLES JAMES, EDUARDO RIVERA, NICOLAS FRANCO, and NEFTALI FREYTES, resulting in the seizure of over 700 grams of cocaine from CORY GRIFFIN.

290.   DANIEL VAZQUEZ received orders for cocaine from several of his customers from April 1, 2013, to April 3, 2013, including CHARLES JAMES, EDUARDO RIVERA, NICOLAS FRANCO, and NEFTALI FREYTES. VAZQUEZ sought supply from ERIC PASKON and through it filled those orders. The cocaine which VAZQUEZ supplied to CHARLES JAMES and EDUARDO RIVERA, they delivered to CORY GRIFFIN on April 3, 2013. Later that evening, law enforcement seized 700 grams of cocaine from CORY GRIFFIN during a traffic stop.

a.    On April 1, 2013, NEFTALI FREYTES ordered ½ kilogram of cocaine from DANIEL VAZQUEZ and VAZQUEZ spoke to ERIC PASKON about receiving more cocaine.

291.   On April 1, 2013, at approximately 1:53 p.m., VAZQUEZ, using Target Phone 42 (Call # 505), had a conversation with NEFTALI FREYTES, aka "Lucky," using (773) 946-6257.[22]   During the conversation, FREYTES told

_____

[22]    The identification of NEFTALI FREYTES and his voice was based on the following: on April 12, 2013, at approximately 9:52 a.m., VAZQUEZ received a call (Call # 2027) from an unknown male only referred to as "Lucky," who was using (872) 226-4187, and who monitors recognized as the same speaker who had previously used

VAZQUEZ he wanted to obtain a half kilogram of cocaine. Specifically, FREYTES stated, "Hey, you ready for me?" VAZQUEZ replied, "Uh, as far as what?" FREYTES responded, "Huh?" VAZQUEZ stated, "Why, what are you getting?" FREYTES replied, "Um, what we been discussing. I mean..." VAZQUEZ stated, "What, a neen [nine ounces cocaine] or a hemi [half kilogram

---

(773) 946-6257. During the call, "Lucky" related he was at VAZQUEZ's residence at 330 W. Diversey. VAZQUEZ instructed "Lucky" to park in the garage and come upstairs. At approximately 10:55 a.m., VAZQUEZ received a call (Call # 2028) from ANGEL PEREZ. The two discussed looking for parking on Lincoln Avenue. Surveillance located a red GMC Yukon vehicle utilized by PEREZ, parked on the street at 3015 N. Lincoln Ave. At approximately 11:53 a.m., VAZQUEZ received a call (Call # 2049) from ANWER SHAHBAZ. VAZQUEZ related he was in S&G restaurant and was leaving with "Lucky" to transfer a title on a vehicle. At approximately 12:00 p.m., VAZQUEZ, an unknown male, and an unknown female exited the restaurant. VAZQUEZ, along with the unknown male, entered the red GMC and drove from the area. The unknown female entered a silver Mercedes, bearing Illinois license 5634442, and drove from the area.

Illinois license 5634442 is registered to: "Individual G and Individual H 700 S. Adams, Westmont, IL." Lexis/Nexis database records indicate that Individual H Freytes has a current address of 6414 W. Belmont. Secretary of State records show a driver's license, F632 6208 4231 issued on April 5, 2013, to "Neftali Freytes" at 6414 W. Belmont. Chicago Police Department records show Neftali Freytes to have multiple tattoos which include "Lucky" across his back and "Diana" across his chest. During numerous calls, "Lucky" has related he is on a form of electronic monitoring, has been recently released from the penitentiary, and has limited movement. Illinois Department of Correction records show Neftali Freytes to have been paroled on January 26, 2013, to the address of 6414 W. Belmont.

Surveillance identified the unknown male referred to as "Lucky" observed leaving the restaurant VAZQUEZ at 12:00 p.m. on April 12, 2013, as FREYTES through a comparison to NEFTALI FREYTES's driver's license photograph. Additionally, on April 01, 2013, at approximately 7:19 p.m., VAZQUEZ, using Target Phone 42 (Call # 580), received a text message from FREYTES, using (872) 226-4187. FREYTES sent a message referring to his nickname and relating he obtained a new phone. The text message read: "New #. LUCKY".

cocaine]?" FREYTES replied, "Yeah, I mean... I don't really request, I don't really request a ning ding [nine ounces], unless that's the only thing I could get." VAZQUEZ stated, "Oh, okay. So, the hemi [half-kilogram of cocaine]. Alright uh, I think we might not be ready 'cause my guy went to a Cubs or Sox game, one of those two, he said." FREYTES replied, "Alright, let me call you back, then." VAZQUEZ stated, "(Unintelligible.) But I do got over a nindy, neenee [nine ounces] over here, maybe." FREYTES replied, "Alright, same thing?" VAZQUEZ stated, "I gotta walk in the crib. I'm not sure what I got left but I know I got over a nindy." FREYTES replied, "Alright, cool. Call me right back. Bye."

292. On April 1, 2013, at approximately 6:12 p.m., VAZQUEZ, using Target Phone 42 (Call # 567), had a conversation with ERIC PASKON, using Target Phone 46.[23] During the conversation, VAZQUEZ asked, "Are my things

---

[23] The identification of ERIC PASKON and his voice was based on the following: on April 2, 2013, investigators intercepted PASKON using Target Phone 46 in a series of calls with VAZQUEZ arranging to meet with VAZQUEZ to pick up money for previously fronted cocaine. Call nos. 615, 702 and 743.

In conjunction with these phone calls, on April 2, 2013, at approximately 7:59 p.m., surveillance observed VAZQUEZ in a black Jeep park at approximately 3556 N. Pulaski, in Chicago, Illinois. Surveillance observed VAZQUEZ remain in the black Jeep and appear to be speaking on a cellular phone. The investigation intercepted no calls on Target Phone 42 at this time. After approximately 10 minutes, the black Jeep pulled away from the curb and drove to 4156 W. Eddy, where the Jeep parked on the street. VAZQUEZ remained in the black Jeep.

On April 2, 2013, at approximately 8:15 p.m., surveillance observed a black Volkswagen Touareg arrive and park behind the black Jeep. An unknown male, subsequently identified as PASKON, got out of the black Volkswagen and entered the

[cocaine supply] in?" PASKON stated, "Yeah. We're in. We're here. We're ready." VAZQUEZ replied, "Oh, we are?" PASKON stated, "Yeah. I'm... I'll be ready for you, whenever. I could probably see you first thing in the morning." VAZQUEZ replied, "Oh, shit. Okay. Alright, cool. I'm um, just picking up some money, real quick. Doing some runs. Uh..." PASKON stated, "Okay. Call me, call me tonight I'll come scoop... I'll come, I'll come through." VAZQUEZ asked, "What you need?" PASKON replied, "Uh, I need as much as you can give me [PASKON wanted VAZQUEZ to pay off his previous narcotics debt] possibly." VAZQUEZ

---

front passenger seat of the black Jeep. On April 2, 2013, at approximately 8:32 p.m., surveillance observed PASKON get out of VAZQUEZ's black Jeep. Surveillance observed PASKON carrying a white, rigid shopping bag. PASKON entered the black Volkswagen and drove away from 4156 W. Eddy. In the series of phone conversations of April 2, 2013, VAZQUEZ discussed paying PASKON $114,000 for previously fronted

stated, "Alright. I'll check when I, as soon as I get there [VAZQUEZ's stash house at 3130 N. Lake Shore Drive], right now."

293.  On April 1, 2013, at approximately 6:14 p.m., VAZQUEZ, using Target Phone 42 (Call # 568), had a conversation with FREYTES, using (773) 946-6257. During the conversation, FREYTES stated, "Shit, what's happening?" VAZQUEZ stated, "Shit. Uh shit, I just got the call then [from PASKON about the availability of cocaine], them things are in. So, you should be able to get whatever you want." FREYTES replied, "Alright well, you know what I want, so." VAZQUEZ stated, "Yeah, no. I was calling to see if you needed a neen [nine ounces], just to hold you down. But, I have it at the crib." FREYTES replied, "That's what I'm saying. I mean, I mean, I'm good, I'm good enough to wait [FREYTES had enough cocaine where he could wait until he could receive a half kilogram]. You know what I mean?" VAZQUEZ stated, "Right." FREYTES stated, "That's what I was gonna do. I was just gonna wait until you gave me the call." Later in the conversation, VAZQUEZ stated, "Alright so, and then I'll give you that hemi [half kilo] and you'll give me a deposit [partial payment] as soon as possible?" FREYTES replied, "Yeah, of course, man."

**b.   On April 2, 2013, NICOLAS FRANCO ordered a ½ kilogram of cocaine from DANIEL VAZQUEZ.**

294.  On April 2, 2013, at approximately 6:12 p.m. VAZQUEZ, using Target Phone 42, had a conversation (Call #706) with NICOLAS FRANCO, using

(773) 612-0036.[24] During the conversation, VAZQUEZ stated, "I got some killer shit [cocaine of high quality] right now." FRANCO replied, "Well they want eight...for sure?" VAZQUEZ replied, "For sure nigga." FRANCO stated, "It's like that shit when you first called me like a couple weeks ago like that shit was better than all that other shit, I'm gonna be honest." VAZQUEZ replied, "Look, the one that I got right now is fire. Everybody is going crazy for it." FRANCO stated, "Look they want 18 [18 ounces or the equivalent to one-half kilogram cocaine] first thing tomorrow, but they told me go ahead put this order in." VAZQUEZ replied, "Come on, I'll be ready." FRANCO asked, "So what are you gonna do for me eleven-fifty on the eighteen [18 ounces cocaine for $1150.00 per ounce] or what?" VAZQUEZ replied, "Yeah I could do that for you."

---

[24]     The identification of NICOLAS FRANCO and his voice was based on the following: Lexis/Nexis database information, intercepted calls in which VAZQUEZ referred to FRANCO as "Nick," and physical surveillance of FRANCO receiving cocaine from VAZQUEZ on April 7, 2013. Based upon the phone and database information, surveillance officers examined an Illinois State Identification photo of FRANCO. On April 7, 2013, VAZQUEZ received an incoming call (Call #706) on Target Phone 42 from FRANCO. During this call, VAZQUEZ agreed to deliver 12 ounces of cocaine to FRANCO. After this call, surveillance observed VAZQUEZ at 1310 W. Norwood, in Chicago, Illinois. That day, as VAZQUEZ made a delivery to an individual surveillance recognized as FRANCO from the Illinois State Identification photo.

136

      **c.**      **On April 2, 2013, EDUARDO RIVERA ordered one kilogram of cocaine from DANIEL VAZQUEZ.**

295.   On April 2, 2013, between 1:33 p.m. and 2:22 p.m., phone records show two contacts between RIVERA, using (773) 698-4875, and JAMES at Target Phone 38.

296.   On April 2, 2013, at approximately 6:36 p.m., VAZQUEZ, using Target Phone 42 (Call # 728), had a conversation with RIVERA, using Target Phone 40. During the conversation,

      a.    RIVERA asked VAZQUEZ for the price for a kilogram of cocaine to be delivered to JAMES on the following day. Specifically, RIVERA stated, "Uh, what's up with uh...: I just got a phone call for a whole one [kilogram of cocaine]. I don't know if you can make it happen." VAZQUEZ replied, "Of the chic [cocaine]?" RIVERA responded, "Yeah." VAZQUEZ asked, "When?" RIVERA stated, "They're just looking for an estimate, fucking uh..." VAZQUEZ responded, "Hello." RIVERA stated, "They're just looking for an estimate, right now." VAZQUEZ replied, "Uh, when they want to do this?" RIVERA stated, "It's for one of my guys. He just wants an estimate. If he... You know, he's shopping around. That's why." VAZQUEZ replied, "Oh, I could do like thirty eight [$38,000 per kilogram], maybe."

      b.    Later in the conversation, RIVERA stated, "You said, thirty eight, right?" VAZQUEZ replied, "Yeah." RIVERA stated, "Okay. It's cool. Um,

137

you see man, I wanna try to make something off it." VAZQUEZ replied, "What happened?" RIVERA stated, "I just wanted to check if I could make a couple bucks off of it. 'Cause, that's exactly what he's got. And I (unintelligible)" VAZQUEZ stated, "That's what he's paying, right now?" RIVERA replied, "Yeah. That's exactly what he. . . You know?" VAZQUEZ stated, "I mean, if it's 100% you know, maybe I could drop five dollars [lower the price by $500.00] or something. You know?" RIVERA replied, "So like, thirty seven five [$37,500.00]?" VAZQUEZ stated, "Yeah. If that's gonna make the deal break or whatever. Um, and you know of course, I would just, you know, wanna make sure everything is okay [VAZQUEZ wanted to ensure the amount was paid in full]." RIVERA replied, "Yeah. Yeah. No. You go... It's gonna run to Western [JAMES stash house located at 2457 W. Adams] so, you can just go with me up there. It's for my black homie [CHARLES JAMES]."

     c.   VAZQUEZ stated, "Shit. I'm scared to go up there.(Unintelligible). To be honest." RIVERA replied, "I don't blame you. Uh, whatever we gotta do." VAZQUEZ stated, "Huh?" RIVERA replied, "Whatever we gotta do. I'll make it happen, brother. (Unintelligible)." VAZQUEZ stated, "Alright. Well, shit. I don't know how we'll make that happen, but whatever." RIVERA replied, "Yeah, I mean, it'll be guaranteed, brother. It's just, you know, one of my... It's the same black dude that I introduced you to last time."

VAZQUEZ stated, "No. No. I'm sure. When are they trying to do that? Today or tomorrow?" RIVERA replied, "Man, he just, he called me this morning, bro and I was shopping around getting estimates and shit. You know I love fucking with you man, you know, you're a good dude. I just wanna make sure uh, he's happy with that ticket [price for the kilogram of cocaine], you know? And I'm pretty sure he will. Let me just get at him and let me see what uh, what the prognosis. 'Cause, it's for his people, that's coming out of town. So, you know?"

297.  On April 2, 2013, at approximately 6:49 p.m., VAZQUEZ, using Target Phone 42 (Call # 732), had a conversation with RIVERA, using Target Phone 40.  During the conversation, VAZQUEZ stated, "What's going on?" RIVERA replied, "Nothing. You told me uh, to hold up." VAZQUEZ stated, "Oh no, no. I thought, I thought you were just gonna, you know... Yeah. I was talking to my man. I was making sure we could do that ticket [price] for you and everything." RIVERA replied, "Yeah, that's what I... Before I call him [JAMES], I just want to make sure it's at our exposure. You know what I mean? I don't wanna be telling him to come up here and fuck it up." VAZQUEZ stated, "No. We definitely uh, we definitely should be good. Like, I don't got it in my hands but like, I got my order waiting for me. I didn't pick it up, yet. But it's waiting for me. So, I just talked to him he said, I can come up and get it tonight or in the morning, first thing so." RIVERA replied, "Okay. So, what I'm gonna do right

now, right. I'm gonna call my man [JAMES] and I'm gonna confirm. Then, I'm gonna call you back. And if I confirm, I'm gonna set up a time and everything." Later in the conversation, RIVERA stated, "You'll be right next to me. Let's knock this shit out. I just wanna make sure we get it. As long as I know that you can get it for me, then I'll make that call and then we'll make our money, quick." VAZQUEZ replied, "I got it." RIVERA stated, "Okay, I'm making that call, I'll be calling you back in a couple minutes."

298.   On April 2, 2013, at approximately 6:52 p.m. and at approximately 7:27 p.m., phone records show three contacts between RIVERA, using Target Phone 40, and JAMES at Target Phone 38.

> **d.    On April 3, 2013, EDUARDO RIVERA completed the negotiation for DANIEL VAZQUEZ to provide a kilogram cocaine to CHARLES JAMES and VAZQUEZ contacted ERIC PASKON to obtain the cocaine.**

299.   On April 3, 2013, at approximately 8:53 a.m., phone records show one contact between RIVERA, using Target Phone 40, and JAMES at Target Phone 38.

300.   On April 3, 2013, at approximately 9:02 a.m., VAZQUEZ, using Target Phone 42 (Call # 788), had a conversation with RIVERA, using Target Phone 40. During the conversation, RIVERA informed VAZQUEZ that JAMES's cocaine customers were expected to arrive and confirmed VAZQUEZ would be able to supply the kilogram of cocaine.  Specifically,

140

a. VAZQUEZ stated, "What up, boy?" RIVERA responded, "What's going... Hey, I apologize about the late phone call, man." VAZQUEZ replied, "No, it's all good, nigger." RIVERA stated, "I had kinda... I hung up on my man. This nigger, I had just woke him up." VAZQUEZ replied, "No, nigger, I just got home. Shit, I had just fell asleep." RIVERA stated, "What was I gonna say? Yeah, my buddy, they're coming in, they're driving in from Michigan, now. They wanna, they wanna do that uh, the whole thing that, what we talked about yesterday." VAZQUEZ replied, "The whole one [kilogram of cocaine]?" RIVERA stated, "Yep." VAZQUEZ replied, "Or the half one?" RIVERA stated, "No. The whole one. The whole one. The whole shabanger." VAZQUEZ replied, "Oh, shit. That's what you said last night?" RIVERA stated, "Yeah. Uh-huh." VAZQUEZ replied, "Oh, I thought you said half last night." RIVERA stated, "No. No. Remember, I had asked for that estimate of the whole one?" VAZQUEZ replied, "Yeah."

b. Later in the conversation, VAZQUEZ stated, "Alright. No, we should be alright. We should be good. I was with my man [PASKON] last night. He's ready for me." RIVERA replied, "Oh great, man. Great. That's what I like to hear. Well, I'm basically uh, he, they just, just called me, like five minutes ago before you called. They're riding up here. So, I'm thinking like maybe an hour or

141

two before they get here. As soon as they... They'll give me a call a half hour before they're out."

301.   On April 3, 2013, at approximately 9:24 a.m., VAZQUEZ, using Target Phone 42 (Call # 792), had a conversation with PASKON, using Target Phone 46.   During the conversation, VAZQUEZ and PASKON discussed PASKON delivering at least one and one-half kilograms of cocaine to VAZQUEZ who would send FRANCISCO MIRELES to pick up the cocaine from PASKON. Specifically, PASKON stated, "What's good? What's good? What's good? You ready?" VAZQUEZ replied, "No. Well, I just opened my eyes. Shit, my Wisconsin nigger's already driving over here." PASKON responded, "Alright, cool. (Unintelligible.)" VAZQUEZ stated, "So, so I'll pay for one of those today too, as well. Besides what I'm giving you, right now. Uh, probably I could pay, probably for like one and a half today." PASKON replied, "Ok, that'll be good. That'll help." VAZQUEZ stated, "Yeah. I'll be... That shit gone, G. And..." PASKON replied, "Okay." VAZQUEZ stated, "And I got another one gone, later on today [kilogram delivery to RIVERA and JAMES]. So, pretty much I'm gonna be done with it all today, actually." PASKON replied, "That'll be really good. That will help. Um, let me, let me jump in the shower. I'll be ready in an hour." VAZQUEZ stated, "Cool, I'm a call Pops [VAZQUEZ would send MIRELES to pick up the

142

cocaine from PASKON]. Tell him to be ready in one hour." PASKON replied, "Alright." VAZQUEZ responded, "Awesome. Thanks."

302.   On April 3, 2013, between 9:40 a.m. and 10:03 a.m., phone records show five contacts between FRANCISCO MIRELES, aka "Pops," using (773) 592-4755,[25] and PASKON at Target Phone 46.

303.   On April 3, 2013, at approximately 10:09 a.m., VAZQUEZ, using Target Phone 42 (Call # 803), had a conversation with MIRELES, using (773) 592-4755. During the conversation, VAZQUEZ instructed MIRELES to pick up three kilograms of cocaine from PASKON.  Specifically, VAZQUEZ stated, "I

---

[25]    The identification of FRANCISCO MIRELES and his voice was based on the following: on April 8, 2013,  in response to Call # 1579 on Target Phone 42, investigators established surveillance at the Flat Top Grill located at 3200 N. Southport.  During the conversation, MIRELES, utilizing (773) 592-4755, informed VAZQUEZ he was going to Flat Top on Belmont to have dinner with his wife. Surveillance observed the Unknown Male exit the restaurant with an unknown female. The two entered a 2007 Buick, bearing Illinois license H362287, registered to "Francisco Mireles and Jocelyn Mireles," and drove from the area. Surveillance observed the Buick meet VAZQUEZ, driving a black Jeep, at the corner of Sheridan and Barry. The Unknown Male got out of the Buick and entered the Jeep. After approximately two minutes, the Unknown Male got out of the Jeep carrying a red bag and entered the Buick. Surveillance followed the Buick to 4154 W. Barry where the Buick parked on the street. The Unknown Male got out of the Buick carrying the red bag and entered a gray Honda Odyssey, bearing Illinois license R199154, registered to "Tony Maestre," and drove from the area. Surveillance officers compared the unknown male to a driver's license photo of FRANCISCO MIRELES and positively identified MIRELES as the individual observed on April 8, 2013, in conjunction with call number 1579.  Monitors in this investigation familiar with MIRELES's voice recognized him as the speaker in subsequent conversations in which he used different phone numbers. Earlier in the investigation, investigators had incorrectly identified the user of (773) 592-4755 as Tony Maestre, based, in part, on the registration information for the Honda.

143

might need you to meet E [PASKON], right over there. Then I'll just come get that from you, if I could." MIRELES replied, "Okay. Is there a way you can bring me a four and a hit [MIRELES asked VAZQUEZ to supply him with four and one half ounces of cocaine], then?" VAZQUEZ stated, "Wait, didn't we bring you that, yesterday?" MIRELES replied, "Yeah, but I'm working that [MIRELES had an intended customer for the cocaine]. I need another one. It's C.O.D., I gotta give you that [money], tonight." VAZQUEZ stated, "Shit. That's not until after E [PASKON]. Like, I gotta get those [kilograms of cocaine] from E." MIRELES replied, "Oh, okay. I can do that. I can pick that up." VAZQUEZ stated, " Uh, one, two... I gotta do this move first, though. I got one nigger buying a whole one. Eddie's [RIVERA] buying a whole one, today. So, I need you to meet up with E. He should be ready any minute and grab those three [three kilograms of cocaine.]." MIRELES replied, "Okay." VAZQUEZ stated, "And then I'm (unintelligible). I'm gonna send HB over there to pick them up [VAZQUEZ will send PEREZ to pick up the cocaine from MIRELES and deliver it to VAZQUEZ]. I just don't... I just... Just in case he's ready. If I don't make it in time I don't want to have him waiting. I don't want to have him wait."

304. On April 3, 2013, at approximately 10:50 a.m., surveillance observed a Nissan Pathfinder park on Albany and the driver, EDUARDO RIVERA, got out of the Nissan and entered 1644 N. Albany with a small child.

305. On April 3, 2013, at approximately 10:55 a.m., phone records show one contact between MIRELES, using (773) 592-4755, and PASKON at Target Phone 46.

306. On April 3, 2013, at approximately 11:00 a.m., VAZQUEZ, using Target Phone 42 (Call # 815), had a conversation with PASKON, using Target Phone 46. During the conversation, PASKON stated, "I need another half an hour. I gotta wait on my fucking babysitter to get here." VAZQUEZ replied, "That's fine. That's cool. I just... 'Cause, I got people waiting and shit like that. You know?" PASKON stated, "Yeah, don't worry. As soon as... You want me to call Pops [MIRELES], right now?" VAZQUEZ replied, "Yeah. Pops [MIRELES]

narcotics. Based upon the intercepted calls and the surveillance of their meeting which ended with PASKON carrying away a white, rigid shopping bag, I believe VAZQUEZ delivered narcotics proceeds to PASKON during their meeting on April 2, 2013.

On April 3, 2013, at approximately 11:35 a.m., surveillance observed a black Acura, bearing Illinois license plate R828998, which is registered to ERIC PASKON, arrive and park on the street at approximately 1450 N. Fairfield. A lone male exited the black Acura and spoke briefly with an unknown female in the third floor window at 2735 W. Lemoyne. The unknown female dropped a coat out the window to the unknown male on the sidewalk. The unknown male then entered the black Volkswagen observed on surveillance in conjunction with interceptions over Target Phone 42 on April 2, 2013, and drove from the area. Based upon PASKON's registered ownership of the black Acura observed on surveillance, and an apartment at the 2735 W.

VAZQUEZ replied, "Alright, cool. Uh, he said about 30 minutes?" MIRELES stated, "Forty-five minutes to an hour [for MIRELES will be able to take delivery of the three kilograms of cocaine from PASKON], he said." Later in the conversation, VAZQUEZ stated, "Okay, I'm gonna have Fatboy [PEREZ] go over there in about thirty, forty-five minutes." MIRELES replied, "Okay, 'cause I'll probably go and pick 'em up [kilograms] and be at the insurance joint, so..." VAZQUEZ stated, "Okay. Where's that by?" MIRELES replied, "That's gonna be... I got one, right here, by my crib, by Milwaukee and Pulaski. And then, I'll have another one by, probably over there by, Narragansett and uh, and Diversey." VAZQUEZ stated, "Alright, let's try to meet, let's meet up after that or I could have Fatboy head that way, you just hand it [kilograms] off to him after you're done. 'Cause, I don't want to mix nothing up. You know?" MIRELES replied, "I got you." VAZQUEZ stated, "You already know where you're going [VAZQUEZ will allow MIRELES to pick up the cocaine, citing he was familiar with the area from prior narcotics deliveries with PASKON] and shit like that." MIRELES replied, "Okay."

146

309.  On April 3, 2013, at 11:06 a.m., phone records show one contact between MIRELES, using (773) 592-4755, and ANGEL PEREZ, aka "Hellboy," aka "Fatboy," at (872) 209-9218.[26]

---

[26]  The identification of ANGEL PEREZ, aka "Hellboy," aka "HB," aka "Fatboy," and his voice was based on the following: on May 8, 2013, in response to Target Phone 45 (Call #2574), investigators established surveillance at 2047 W. Division where VAZQUEZ, the Unknown Male referred to as "Hellboy" and others were gathering to watch a basketball game. While at that location, investigators called telephone (872) 233-0723, a number previously used by the individual known as "Hellboy." While maintaining an unobstructed view of the group, the phone was answered by the person identified as ANGEL PEREZ, and a brief conversation took place prior to ending the call.

On May 9, 2013, in response to Target Phone 45 (Call # 2733) investigators established surveillance in the area of Diversey and Sheridan. During the call, VAZQUEZ told "Hellboy" he would pick him up on the side of the building at 330 W. Diversey. Surveillance observed an Unknown Male standing on the street speaking on a cell phone. VAZQUEZ arrived driving a blue Volvo. The Unknown Male entered the Volvo which then drove from the area.

Investigators obtained information regarding a red 2002 GMC Yukon, Illinois license R196062, vehicle utilized by VAZQUEZ's narcotics associate referred to as "Hellboy" which surveillance has observed frequently parked in the garage of the multi-unit residence located at 330 W. Diversey. Building records indicate the occupants of Apartment 503 as "Daniel Vazquez" and "Individual D." The same records reflect two vehicles associated with Apartment 503 which maintain full time parking status. A third vehicle associated with Apartment 503, the red GMC Yukon, is granted periodic parking privileges. Building management records indicate the red GMC is utilized by "Angel."

Chicago Police Department records reflect a November 12, 2011, Traffic Crash, recorded under RD - HT585992, occurred at 5400 W. Eddy. One of the vehicles involved, a 2004 Chevrolet Impala bearing Illinois plate, A650992, was registered to "Daniel Vazquez" and the recorded driver of the vehicle during the crash was "Angel Perez." Investigators compared the Illinois Driver's License photo to the Unknown Male observed on surveillance on May 8 and 9, 2013, and confirmed that PEREZ was the individual pictured. Monitors familiar with his voice on the intercepted phone calls recognized him as the speaker on (872) 209-9218 as well. "Hellboy" was previously misidentified in the investigation as an individual named "Rainer Castro," based, in

147

310.    On April 3, 2013, at approximately 11:10 a.m., surveillance observed RIVERA leave 1644 N. Albany Avenue and enter the Nissan Pathfinder with the small child. RIVERA drove the Nissan away eastbound on Wabansia Avenue.

311.    On April 3, 2013, between 11:10 a.m. and 11:39 a.m., phone records show five contacts between MIRELES, using (773) 592-4755 and PASKON at Target Phone 46. On April 3, 2013, between 11:21 a.m. and 11:38 a.m., phone records show eight contacts between MIRELES, using (773) 592-4755, and PEREZ at (872) 209-9218.

312.    On April 3, 2013, at approximately 11:27 a.m., surveillance observed the Volkswagen Touareg used by PASKON, parked at the corner of Fairfield Avenue and LeMoyne Street in Chicago, Illinois. At approximately 11:35 a.m., surveillance observed a black Acura pull up and park in the driveway at 1450 N. Fairfield Avenue. PASKON got out of the driver's door of the Acura and had a brief conversation with an unknown female in the 3rd floor window at 2735 W LeMoyne Street. The unknown female threw down a jacket to PASKON. PASKON then entered the Volkswagen and drove from the area.

313.    On April 3, 2013, at approximately 11:42 a.m., VAZQUEZ, using Target Phone 42 (Call # 820), had a conversation with ANGEL PEREZ, aka "Hellboy," aka "Fatboy," using (872) 209-9218. During the conversation, PEREZ

part, on the registration of the GMC Yukon observed on surveillance.

148

asked if VAZQUEZ was at the 3130 N. Lake Shore Drive stash house to supply MIRELES with $40,000.00 to pay PASKON. Specifically, PEREZ asked, "Hey uh, ain't you coming to get E's paperwork [money for PASKON]?" VAZQUEZ replied, "What happened?" PEREZ stated, "You said, we're gonna give E like forty [$40,000.00 for PASKON], right?" VAZQUEZ replied, "Yeah. Are you at the office [stash house at 3130 N. Lake Shore Drive West]?" PEREZ stated, "No. Is Baz [ANWER SHAHBAZ] here, yet?" Later in the conversation, VAZQUEZ stated, "Okay. Well um, call him [MIRELES] see if he could go, real quick. Whatever." PEREZ replied, "Alright. Alright."

314. On April 3, 2013, at approximately 11:43 a.m., VAZQUEZ, using Target Phone 42 (Call # 822), had a conversation with ANWER SHAHBAZ, aka "Baz," aka "BZ," using (312) 619-0779.[27] During the conversation, VAZQUEZ

---

[27] The identification of ANWER SHAHBAZ, aka "Baz," aka "BZ," and his voice was based on the following: on March 30, 2013, at approximately 3:46 p.m., VAZQUEZ received an incoming call (Call # 279) on Target Phone 42 from FRANCISCO MIRELES. During this call, MIRELES informed VAZQUEZ that he (MIRELES) received a text from "Baz" [SHAHBAZ] and that MIRELES was going to meet "Baz" at the office [stash house 3130 N. Lake Shore Dr]. At approximately 6:11 p.m., surveillance observed MIRELES sitting in his Honda Odyssey minivan which was parked on Barry Street just east of Sheridan Blvd. At 6:15 p.m., surveillance observed a gray Jaguar bearing Illinois temporary registration 452P672 stop next to MIRELES's vehicle, then proceed to drive toward a garage. MIRELES followed the Jaguar into the garage. At approximately 6:25 p.m. VAZQUEZ received an incoming call (Call #295) on Target Phone 42 from MIRELES. During this call, MIRELES informed VAZQUEZ that "BZ" [SHAHBAZ] let him in the "office [stash house]." Investigating officers ran the registration on the gray Jaguar and found it be registered to ANWER SHAHBAZ. Officers examined SHAHBAZ's Illinois Driver's License photo and identified him as the driver of the Jaguar. Subsequent surveillance of SHAHBAZ

instructed SHAHBAZ to prepare $40,000.00 for PEREZ to deliver to PASKON. Specifically, VAZQUEZ stated, "This guy kinda wanted another payment of like, forty [a $40.000 payment for PASKON]." SHAHBAZ replied, "Who uh, uh E [PASKON]?" VAZQUEZ stated, "Yeah." SHAHBAZ replied, "Oh, yeah? But he [PASKON] got, he got those [kilograms], though?" VAZQUEZ stated, "Three of them, yep." SHAHBAZ replied, "Fuck it, man. We got that chica [cocaine] anyway, fuck it." VAZQUEZ stated, "Yeah, so. You know, give me three-oh or four-oh [$30,000 or $40,000], whatever you want. And HB is ready to bring it this way [ANGEL PEREZ will deliver the three kilograms to the stash house at 3130 N. Lake Shore Drive West], cuz he's ready, bro." SHAHBAZ replied, "Alright, cool. Yeah, I'm on the other line with him right now, too. So, let me uh... Let me, I gotta pick up a light bulb for my uh... I ordered this light bulb for my, for the car. And then I'm on my way over to the spot [3130 N. Lake Shore Drive West]." VAZQUEZ stated, "Alright, cool. Call HB. HB [PEREZ] is ready to go meet you up, to get it real quick. He's over here." SHAHBAZ replied, "'Alright. Where you at? You at, you at the spot?" VAZQUEZ stated, "No. I'm

---

revealed that he lived at 1400 S. Michigan, in a multi-unit high-rise apartment building on the 23rd floor. Records from GNP Management Group, which manages the building, indicate that "Anwer Shahbaz" is the current tenant of unit 2308. Monitors familiar with his voice on the intercepted phone calls recognized him as the speaker on subsequent telephones as well.

finishing up at the barbershop in about 20 minutes." SHAHBAZ replied, "Oh, okay. Alright, I'll take care of it." VAZQUEZ responded, "Alright, cool."

315.  On April 3, 2013, at approximately 11:45 a.m., VAZQUEZ, using Target Phone 42 (Call # 828), had a conversation with PEREZ, using (872) 209-9218. During the conversation, VAZQUEZ instructed PEREZ to turn over $40,000 to MIRELES to give to PASKON and take the three kilograms from MIRELES. Specifically, VAZQUEZ asked, "You talk to uh, BZ [SHAHBAZ]?" PEREZ replied, "Yeah. He's getting a light bulb and then he's going to meet me up [SHAHBAZ will supply PEREZ with $40,000 to pay PASKON after picking up the light bulb for his car]." VAZQUEZ stated, "Alright, cool. And then you head this way to meet Pops [MIRELES]." PEREZ replied, "What happened?" VAZQUEZ stated, "Huh?" PEREZ stated, "I'm sorry, you were cutting off." VAZQUEZ stated, "And then give him that [money], meet this... Come this way to meet Pop. 'Cause, Pops knows where this guy [PASKON] is going to be out here. And can grab that [cocaine] from him, get the other ones and then we'll go." PEREZ replied, "So then I give the, I give the forty [$40,000] to Pops?" VAZQUEZ stated, "Yeah." PEREZ replied, "Alright."

316.  On April 3, 2013, between 11:50 a.m., and 11:53 a.m., phone records reflect three contacts between MIRELES, using (773) 592-4755, and PASKON at Target Phone 46.

317.  On April 3, 2013, at approximately 11:59 a.m., phone records reflect one contact between RIVERA, using Target Phone 40, and JAMES at Target Phone 38.

318.  On April 3, 2013, at approximately 12:00 p.m., VAZQUEZ, using Target Phone 42 (Call # 831), had a conversation with RIVERA, using Target Phone 40.  During the conversation, RIVERA and VAZQUEZ discussed a time and location to meet for the delivery of cocaine to JAMES. Specifically, VAZQUEZ asked, "What's going on. bro?" RIVERA stated, "Two o'clock." VAZQUEZ replied, "That's what time they're [out of state customers] gonna be here?" RIVERA stated, "Yep."   VAZQUEZ replied, "Shit (unintelligible)." RIVERA stated, "It's twelve, right now." VAZQUEZ responded, "Huh?" RIVERA stated, "It's twelve now, so." VAZQUEZ replied, "Okay. Alright."   RIVERA asked, "Is it happ... Is it possible?" VAZQUEZ replied, "Yeah, it's possible." Later in the conversation, VAZQUEZ stated, "I guess we could meet on Western, if you want. North Avenue. Or uh, like 290 uh..." RIVERA replied, "290 and Western. Yeah, that's better 'cause, just jump on the Lake Shore Drive and boom, boom. That's how easy to do it." VAZQUEZ stated, "Yeah, that's fine."

**e.    VAZQUEZ confirmed FRANCO's ½ kilogram of cocaine order.**

319.  On April 3, 2013, at approximately 12:23 p.m., VAZQUEZ, using Target Phone 42 (call # 834), had a conversation with FRANCO, using (773)

612-0036. During the conversation, FRANCO confirmed his order with VAZQUEZ for a half-kilogram of cocaine and settled upon an agreed price of $20,500.00. Specifically, FRANCO stated, "Alright well, I need, I need fucking eighteen [18 ounces, a half-kilogram cocaine]. You got it?" VAZQUEZ replied, "Yeah." FRANCO stated, "Can you... Man, can you do it for uh, twenty stacks and five hundred [$20,500]?" VAZQUEZ replied, Uh, yeah. I could probably do that." FRANCO stated, "I'm gonna give you twenty stacks and five hundred. That's like, eleven forty a piece [$1140.00 per ounce] for 'em." VAZQUEZ replied, "That's fine." FRANCO stated, "(Unintelligible) Alright, I'm gonna call you uh, you get ready for me. I'm not trying to sit over there hot as hell." VAZQUEZ replied, "Don't worry, I'll be ready for you."

### f. MIRELES and VAZQUEZ received cocaine from PASKON.

320. On April 3, 2013 at 12:24 p.m., phone records reflect a contact between MIRELES, using (773) 592-4755, and PASKON at (312) 659-4895.

321. On April 3, 2013, at approximately 12:25 p.m., VAZQUEZ, using Target Phone 42 (Call # 835), had a conversation with MIRELES, using (773) 592-4755. During the conversation, MIRELES informed VAZQUEZ that MIRELES picked up the cocaine from PASKON and would deliver the money after he met with SHAHBAZ. Specifically, MIRELES stated, "Yeah, I got the bitches [three kilograms of cocaine] on me." VAZQUEZ replied, "Oh so, he didn't

trip about the money? Or you already got the money?" MIRELES stated, "No, BZ [SHAHBAZ] is on his way. But, uh, BZ is on his way to pick him up." VAZQUEZ replied, "No, no, papa. He didn't bring... He [PEREZ] didn't give you that money first?" MIRELES stated, "No. no. BZ, I think, is going to drop it off to me and then I'm going to see him [PASKON]. But he..." VAZQUEZ replied, "Oh, you told him, you were going to bring it to him [MIRELES told PASKON he would bring him the money.]?" MIRELES stated, "Yeah."

322.   On April 3, 2013, at approximately 12:27 p.m., VAZQUEZ, using Target Phone 42 (Call # 836), had a conversation with PEREZ, using (872) 209-9218. During the conversation, VAZQUEZ informed PEREZ that MIRELES already picked up the cocaine from PASKON. Specifically, VAZQUEZ stated, "So, I might (unintelligible) from Pop, real quick.  Pop already got 'em [MIRELES picked up the cocaine from PASKON] (Unintelligible)." PEREZ replied, "Alright. Well, you gonna do it, then?" VAZQUEZ stated, "I'm gonna tell Pop to head this way [3130 N. Lake Shore Drive West], then. Fuck that." PEREZ replied, "Alright. And then we'll... And I'm doing... I'm just gonna meet with Baz [SHAHBAZ] and go over there and bring him that forty [deliver $40,000.00 to PASKON] or what?"  VAZQUEZ stated, "We might as well just wait. There's no hurry, I'll just give it to him when I give him the rest of the money that I'm gonna give him today, anyway." PEREZ replied, "Alright. Cool."

154

323.   On April 3, 2013, at approximately 12:28 p.m., VAZQUEZ, using Target Phone 42 (Call # 837), had a conversation with MIRELES, using (773) 592-4755. During the conversation, VAZQUEZ arranged to meet with MIRELES to take possession of the three kilograms. Specifically, VAZQUEZ stated, "Um shit, where you by right now? I can... 'Cause, I just finished my haircut, right now. I'm out this way, a little bit." MIRELES replied, "I'm on Pulaski and Milwaukee." VAZQUEZ stated, "Do you want to just head this way a little bit and meet me up and I'll grab 'em [kilograms of cocaine], I guess?" MIRELES replied, "I'm about to walk in to go see my agent, bro." VAZQUEZ stated, "Oh, you're over there?" MIRELES replied. "Yeah." VAZQUEZ asked, "Uh, should I grab 'em, real quick? I'm right here." MIRELES replied, "It's up to you. I mean, you can come over here but I still need that paperwork to give this nigger [Money for PASKON]." VAZQUEZ responded, "He's waiting for it, for sure?" MIRELES replied, "Yeah, for sure." VAZQUEZ asked, "Should I call him and ask if he can wait for later? 'Cause, 'Cause I'm here now and I want to get these moves started. I got people waiting for them." MIRELES stated, "Call him [PASKON] up." VAZQUEZ asked, "Alright so, I'm just gonna come get it. Should I get it real quick, then?" MIRELES replied, "Yeah, c'mon." The two agreed to meet in the area of Pulaski and Belmont in Chicago.

**g.   VAZQUEZ arranged to pay PASKON for the cocaine.**

324.   On April 3, 2013, at approximately 12:31 p.m., VAZQUEZ, using Target Phone 42 (Call # 838), had a conversation with PASKON, using Target Phone 46.   During the conversation, PASKON asked, "What's good?   What's good?"   VAZQUEZ responded, "Shit. So um, I was gonna go take this guy [MIRELES] that little money. Do you just want to wait for the other like, one and a half, two that I could probably pay for today, too? Or do you want me to just send this [money] now and send the other [money] one later." PASKON stated, "Yeah, no. Just send this one now, send this one now, send this one now and then and then I'll hook him up with some uh, a landscaping job [pounds of cannabis] real quick, right now." VAZQUEZ replied, "What are we doing on the landscaping? A dollar [$1000.00 per pound]?" PASKON stated, "Uh, probably. Somewhere around there." VAZQUEZ replied, "Um. Alright, I'm gonna take him that little money right now, then. Just so we could clear that up and then we should be at like, you know, minus yesterday and today." PASKON asked, "What are you giving him today?" VAZQUEZ replied, "Another, probably forty [$40.000.00]." PASKON stated, "Okay. Alright, good." VAZQUEZ replied, "So. I'll only pretty much owe like, thirty [$30.000.00] maybe. Thirty-four [$34,000.00], I think it was." PASKON stated, "Yeah, if you're giving him forty, I think it's like, thirty four [VAZQUEZ has a $34,000.00 balance remaining from

156

previous narcotics deliveries]." VAZQUEZ replied, "Right. Okay. Then, that's nothing. Perfect." PASKON stated, "Alright, cool. I'll call him, right now."

325. On April 3, 203, at approximately 12:32 p.m., VAZQUEZ, using Target Phone 42 (Call # 839), had a conversation with SHAHBAZ, using (312) 619-0779. During the conversation, VAZQUEZ stated, "Okay, cool. I just came to uh, grab these things from Pops [Picking up the three kilograms of cocaine from MIRELES]. Fuck it." SHAHBAZ replied, "Oh, okay. You're around there anyway, right?" VAZQUEZ stated, "Yeah, so I... Yeah, I wasn't far. So, I'm just grabbing 'em, heading back to the office [3130 N. Lake Shore Drive West]. We need to get forty more, forty more ready for him [$40,000 for PASKON] and send that right out, I guess." SHAHBAZ replied, "Yeah we got it. Uh, this nigger should be up. (Unintelligible)." VAZQUEZ stated, "And then I should be there, I should be there very shortly. I'm already, pretty much, gonna grab them and head back." SHAHBAZ replied, "Alright be careful with those [transporting three kilograms], man." VAZQUEZ stated, "Yeah, I know. Shit. The car is legit and everything [VAZQUEZ was concerned about being stopped by the police for anything improper regarding the vehicle], right?" SHAHBAZ replied, "Yeah. Honda is, you know." VAZQUEZ stated, "Okay, cool. I should be alright, then." SHAHBAZ replied, "Alright, for sure. I'm here. I'll get that ready and send him [PEREZ] out."

157

326. Upon completion of call #839, VAZQUEZ immediately switched to an incoming, awaiting call (Call # 840) and spoke with PEREZ. During the conversation, PEREZ stated, "Alright. Baz [SHAHBAZ] is up there [3130 N. Lake Shore Drive]. I'm on my way over there. So, that's... We got forty, then." VAZQUEZ replied, "What?" PEREZ stated, "We got the forty, then?" VAZQUEZ replied, "Yeah, I do. I do. I do. He wants it [PASKON waiting for $40.000.00 to be delivered], now." PEREZ stated, "Oh, he wants it now?" VAZQUEZ replied, "Yeah. So, we're good. Baz [SHAHBAZ] will be getting that ready for you [PEREZ will deliver the money to MIRELES]. And I'm already picking the things up, though. All you got to drop, is the forty off to P [MIRELES]." PEREZ stated, "Alright. Then, I'm on my way over there."

327. On April 3, 2013, at approximately 12:38 p.m., surveillance observed the red GMC Yukon previously used by VAZQUEZ and MIRELES circle the block around 3130 N. Lake Shore Drive and then leave the area.

328. On April 3, 2013, at approximately 12:39 p.m., VAZQUEZ, using Target Phone 42 (call # 844), had a conversation with MIRELES, using (773) 592-4755. During the conversation, VAZQUEZ informed MIRELES that VAZQUEZ had pulled up behind MIRELES and MIRELES stated he would open the compartment in his vehicle which held the kilograms. Specifically, VAZQUEZ stated, "Yeah, I'm behind you." MIRELES replied, "Alright. I'm

158

gonna open it up. It's right there in the middle. (Unintelligible). Na, I'm coming out." VAZQUEZ stated, "Alright, c'mon."

329.   On April 3, 2013, at approximately 12:50 p.m., surveillance observed the red GMC Yukon pull up and park west of the front door at 3130 N. Lake Shore Drive with its hazard lights on. Surveillance observed PEREZ in the driver's seat.

330.   On April 3, 2013, at approximately 1:00 p.m., VAZQUEZ, using Target Phone 42 (Call # 847), had a conversation with PEREZ, using (872) 209-9218.  During the conversation, VAZQUEZ told PEREZ he was arriving at 3130 N. Lake Shore Drive with the cocaine and that PEREZ was going to deliver $40,000.00 to PASKON.  Specifically, VAZQUEZ asked, "Yo, you upstairs [3130 N. Lake Shore Drive]?"   PEREZ replied, "No. I'm just waiting for Baz [SHAHBAZ] to come down, so I can get that [$40,000.00 to deliver to PASKON]." VAZQUEZ stated, "Can you try to get that door open for me, so I can walk up? I got those things [three kilograms] on me." PEREZ replied, "Aw shit. Uh, where you at right now? He's coming down, he should be coming down. Should I just wait... Should I just tell him to wait for you?" VAZQUEZ stated, "Well, alright. Well I'm..." PEREZ replied, "(Unintelligible) you want me to bring you that forty [$40,000.00], right now?" VAZQUEZ stated, "No, you're gonna go take that [deliver the money to MIRELES], I guess. Real quick." PEREZ replied, "Wait,

then what the... How is the nigga coming down right now, how you still have to come?" VAZQUEZ "What you mean? You're gonna go take it to him, real quick." PEREZ replied, "What happen?" VAZQUEZ stated, "You're gonna go take it to him, real quick." PEREZ replied, "Aw, yeah, yeah, yeah. So, I having him bring me, bringing it down [SHAHBAZ will supply $40.000.00 to PEREZ], right now." VAZQUEZ stated, "Right. That's fine. That's fine. I got the other things [kilograms] with me. I'm about to walk in, right now. I'm about to come be there."

331.   On April 3, 2013, at approximately 1:02 p.m., surveillance observed the red GMC Yukon reverse down the street to the front door at 3130 N. Lake Shore Drive.   Surveillance observed SHAHBAZ exited the front door of the building wearing a black jacket and carrying a black backpack.  Surveillance observed SHAHBAZ open the rear door of the GMC and toss the backpack into the backseat which, based upon the intercepted conversations above, I believe contained $40,000 to be delivered in payment for the cocaine. The GMC then drove west bound on Briar. SHAHBAZ entered the front door at 3130 N. Lake Shore Drive. Approximately one minute later, surveillance observed VAZQUEZ arrive and park his black Jeep in front of 3130 N. Lake Shore Drive [approximately 345 W. Briar].  VAZQUEZ, wearing a black jacket, light blue shirt and blue jeans, got out of the Jeep carrying a black backpack and entered

160

the front door of the building. Based upon the previous interceptions, surveillance, and eventual seizure of 700 grams of cocaine from CORY GRIFFIN that day, I believe VAZQUEZ was carrying three kilograms of cocaine in the black backpack when he entered the building.

332. On April 3, 2013, at approximately 1:14 p.m., VAZQUEZ, using Target Phone 42 (Call # 856), had a conversation with PEREZ, using (872) 209-9218. VAZQUEZ answered, "Yeah." PEREZ asked, "You in?" VAZQUEZ replied, "Of course, I'm in. What you think, I'm standing outside?" PEREZ stated, "Oh, I don't know. What-cha-ma-call-it (unintelligible). Alright, I guess I gotta drop this shit [$40.000.00] all the way off by Pops' agent [MIRELES ' insurance agent.] He's by his agent or some shit." VAZQUEZ replied, "What?" PEREZ stated, "Pops is all the way by Milwaukee and fucking um, Central Park. Talking to his..." VAZQUEZ replied, "And? Yeah, I know. And?" PEREZ responded, "No, I'm just asking. My bad, my nigger. Sorry I called."

**h. VAZQUEZ arranged to deliver one kilogram of cocaine to RIVERA.**

333. At approximately 1:28 p.m., VAZQUEZ, using Target Phone 42 (Call # 857), had a conversation with RIVERA, using Target Phone 40. During the conversation, VAZQUEZ stated, "What's going on? What the status?" RIVERA replied, "Nothing much. I'm just in the neighborhood. I'm uh, I'm about to uh, finish getting this car wash. I'm gonna check if these guys got there yet. But they

161

said, they were probably rotating about two o'clock, to get in there. Hey, he's calling me on the other line, B. Let me call you right back." VAZQUEZ responded, "Okay."

334. On April 3, 2013, at 1:26 p.m., phone records reflect contact between RIVERA, using Target Phone 40 and JAMES at Target Phone 38.

335. On April 3, 2013, at approximately 1:27 p.m., VAZQUEZ, using Target Phone 42 (Call # 858), had a conversation with RIVERA, using Target Phone 40. During the conversation, RIVERA stated, "Yeah, he [JAMES] said, they're [cocaine customer] on time. They'll be there in thirty minutes [JAMES's customer will be arriving at 2457 W. Adams]." Later in the conversation, RIVERA stated, "Alright, perfect, man. Everything's falling perfect. We said, that uh, they're, they're running on time. So, thirty-minutes they said, and they'll be there." VAZQUEZ replied, "Everything, everything gonna be on point, right? All the paperwork gonna be on point [VAZQUEZ asking if the customer will have all the money] and everything, ready?" RIVERA stated, "I promise, B. This is normal for me." Later in the conversation, VAZQUEZ stated, "Right. Alright cool, bro. I'll be ready [with the cocaine]." RIVERA replied, "Okay, perfect then. I'll see you at two o'clock. Okay, bye."

336. On April 3, 2013, at approximately 1:36p.m., VAZQUEZ, using Target Phone 42 (Call # 865), had a conversation with PEREZ, using (872)

162

209-9218. During the conversation, PEREZ stated, "Yeah. I just got done with Pop [delivered $40,000.00 to MIRELES to take to PASKON]." VAZQUEZ replied, "Huh?" PEREZ stated, "I just had saw Pop." VAZQUEZ stated, "Alright, cool. I'm about to leave here in five minutes to head to the Western spot, over there." PEREZ replied, "Oh, you need help for that, right?" VAZQUEZ stated, "Yeah. So, this is what I'm gonna do. I'm gonna jump on Lake Shore Drive, go to 290, get off by Western, park my car, jump in with you. By 290 and Western, park that one, jump in with you and we'll go... we'll pull in there together." PEREZ replied, "Alright. Ten four."

### i. VAZQUEZ delivered the cocaine to RIVERA, JAMES and their customer, GRIFFIN.

337. On April 3, 2013, at approximately 1:46 p.m., surveillance observed SHAHBAZ come out of 3130 N. Lake Shore Drive and stand on the sidewalk where he maintained his position outside the front door. At approximately 1:47 p.m., surveillance observed VAZQUEZ come out of 3130 N. Lake Shore Drive carrying a black backpack. VAZQUEZ entered the Jeep and drove away northbound on Sheridan and onto south bound Lake Shore Drive. Surveillance observed SHAHBAZ remain on the sidewalk for approximately one minute following VAZQUEZ's departure. SHAHBAZ then re-entered the front door at 3130 N. Lake Shore Drive.

163

338. On April 3, 2013, at approximately 2:01 p.m., VAZQUEZ, using Target Phone 42 (Call # 873), had a conversation with PEREZ, using (872) 209-9218. During the conversation, VAZQUEZ stated, "Alright, I'm getting off on Western now." PEREZ replied, "Alright, cool."

339. On April 3, 2013, at approximately 2:02 p.m., phone records reflect contact between RIVERA, using Target Phone 40, and JAMES at Target Phone 38.

340. On April 3, 2013, at approximately 2:02 p.m., VAZQUEZ, using Target Phone 42 (Call # 875), had a conversation with RIVERA, using Target Phone 40. During the conversation, VAZQUEZ stated, "Yeah, where you at E?" RIVERA replied, "I'm right on Jackson and Western, bro. I'm just driving around waiting for you." VAZQUEZ stated, "I'm already here." RIVERA replied, "Where you at?" VAZQUEZ stated, "I just got off of 290 [I-290], I'm about to park by uh, right off of 290, right here, jump in with my man [PEREZ]." RIVERA replied, "Okay, shit. Just uh, I'm gonna be parked right on uh, right on Western, then. Just jump in with me." VAZQUEZ stated, "I'll let you know when we pulling up." RIVERA replied, "Alright, you gonna see me. I'm in my gray truck."

341. On April 3, 2013, at approximately 2:02 p.m., surveillance observed the black Jeep exit Interstate-290 at Oakley/Western Avenue exit. The black Jeep continued west bound onto north bound Western Avenue.

342.   On April 3, 2013, at approximately 2:03 p.m., VAZQUEZ, using Target Phone 42, had a conversation (Call #876) with PEREZ, using (872) 209-9218.  During this conversation, VAZQUEZ informed PEREZ that he was going to park his vehicle and jump into PEREZ's vehicle.   Specifically, VAZQUEZ stated, "It's hot over around here, let me park this right here and jump in with you."

343.   After this call, surveillance observed the Jeep pull over and park at approximately 2336 W. Jackson Boulevard.  The red GMC Yukon arrived and parked directly behind the black Jeep. Surveillance observed VAZQUEZ get out of the Jeep and then enter the Yukon. The Yukon then drove southbound onto Oakley and out of view.

344.   On April 3, 2013, at approximately 2:05 p.m., VAZQUEZ, using Target Phone 42 (Call # 878), had a conversation with RIVERA, using Target Phone 40. During the conversation, VAZQUEZ stated, "I'm about to be on Western, right now, and I'm ready to follow you in [VAZQUEZ will follow RIVERA to JAMES's stash house at 2457 W. Adams]. Alright, bro?" RIVERA stated, "Alright, cool. I'm gonna be right on Western." VAZQUEZ replied, "You'll see me. I'm in the trinna [vehicle with hidden compartment], the red one [GMC Yukon]." RIVERA replied, "Alright. Got it."

165

345. At approximately 2:06 p.m., surveillance observed the GMC Yukon driving northbound on Western followed by the Nissan Pathfinder. The two vehicles then drove westbound on Adams Street and parked at Campbell Avenue. Surveillance observed VAZQUEZ get out of the GMC Yukon carrying a black backpack and RIVERA get out of the Nissan Pathfinder carrying a grey diaper bag. Both VAZQUEZ and RIVERA entered CHARLES JAMES's stash house at 2457 W. Adams. Based upon the conversations intercepted, the observations of surveillance, and the eventual seizure of cocaine from CORY GRIFFIN later that evening, I believe VAZQUEZ carried cocaine and RIVERA money to pay for a portion of it into CHARLES JAMES's stash house.

346. At approximately 2:24 p.m., surveillance observed VAZQUEZ, carrying a black backpack, and RIVERA, carrying a grey diaper bag, leave 2457 W. Adams. VAZQUEZ entered the red GMC Yukon and Rivera entered the Nissan Pathfinder. Each of the vehicles drove from the area. Surveillance observed the Nissan drive northbound on Western Avenue. Surveillance observed the red GMC Yukon return to the area of 2336 W. Jackson and park in front of the black Jeep. After the Yukon arrived, surveillance observed VAZQUEZ, carrying the black backpack, get out of the GMC Yukon and enter the black Jeep.

166

347. On April 3, 2013, between 2:26 p.m. and 2:29 p.m., phone records reflect three contacts between RIVERA, using Target Phone 40, and JAMES at Target Phone 38.

### j. VAZQUEZ arranged to deliver a ½ kilogram of cocaine to FRANCO and a ½ kilogram to FREYTES.

348. At approximately 2:26 p.m., VAZQUEZ, using Target Phone 42 (call # 880), had a conversation with FRANCO, using (773) 612-0036. VAZQUEZ stated, "Shit, what time you gonna be ready?" FRANCO replied, "I'm gonna be over at 3:30." VAZQUEZ asked, "3:30 exactly?" FRANCO replied, "Since I'm gonna be there, I'm gonna make sure they [FRANCO's customers] got that money ready and shit." VAZQUEZ stated, "Oh, okay." FRANCO stated, "I'm sure they do, though. So, I like... I'm not trying to stay there too long or none of that shit." VAZQUEZ stated, "Here's why, I'm trying to be on point, so I can go there and knock it out."

349. On April 3, 2013, at approximately 2:30 p.m., surveillance observed the GMC Yukon and the Jeep travel southbound on Oakley onto eastbound Interstate-290.

350. On April 3, 2013, at approximately 2:31 p.m., VAZQUEZ, using Target Phone 42 (Call # 888), had a conversation with FREYTES, using (872) 226-4187. During the conversation, VAZQUEZ asked, "Shit uh, are you gonna be ready today or when are you gonna be ready?" FREYTES replied, "I'm trying,

I'm trying to put, I'm trying to put together more [money], friend. You know what I'm saying? So, that I could do everything. And put it down, and put something down on the new new [FREYTES wanted to pay off an outstanding narcotics debt and give a partial payment for the half-kilogram to be supplied by VAZQUEZ]." Later in the conversation, VAZQUEZ stated, "So, your shit came in [cocaine obtained from PASKON], so, just let me know."

351.  On April 3, 2013, at approximately 2:36 p.m., VAZQUEZ, using Target Phone 42 (Call # 898), had a conversation with MIRELES, using (773) 592-4755. During the conversation, MIRELES stated, "Got' em." VAZQUEZ asked, "What did he [PASKON] give you?" MIRELES replied, "Uh, he gave me, I don't even... He gave me two bags [of marijuana]." VAZQUEZ asked, "The big ones or little ones?" MIRELES replied, "The little ones." VAZQUEZ asked, "What they look like? Five of them total?" MIRELES replied, "It look like four of them. Like four square ones." VAZQUEZ stated, "(Coughing) Okay. So, that's a hundred [VAZQUEZ estimated PASKON delivered 100 pounds of cannabis], probably." MIRELES replied, "Mm-hmm [positive response]." VAZQUEZ stated, "Alright, you're gonna put those away, right? For now?" MIRELES replied, "Yeah." VAZQUEZ stated, "Alright. Then I'll figure it out once I finish with Franco and Eddie [RIVERA]." MIRELES asked, "Okay. What time I'm gonna see you for them two zips [two ounces of cocaine]?" VAZQUEZ replied, "As soon as

we're done with these moves [cocaine deliveries to FRANCO and RIVERA]. Hold on. Hold on."

352. VAZQUEZ then switched to an awaiting incoming call (Call # 899) and spoke with FRANCO. VAZQUEZ stated, "Yo. Yo." FRANCO stated, "Yeah man, I'm... that's cool, they ready [FRANCO's unknown cocaine customers were awaiting delivery]." VAZQUEZ replied, "They uh, they ready now?" FRANCO stated, "Yeah, I'm on my way over there. I'm at the train, already." VAZQUEZ replied, "What happened?" FRANCO stated, "I'm already on my way over there. I'll be there in like twenty."

353. On April 3, 2013, at approximately 2:38 p.m., VAZQUEZ, using Target Phone 42 (Call # 905), had a conversation with FRANCO, using (773) 612-0036. During the conversation, VAZQUEZ stated, "So what, you're on your way over there?" FRANCO replied, "Yeah, bro. I'll be there, yeah. Hey, you said, it's the top notch, right?" VAZQUEZ stated, "Yes, bro." FRANCO replied, "'Cause uh, look, they probably gonna wanna buy a whole 'nother, same thing [half-kilogram cocaine] in the morning of this." VAZQUEZ stated, "G, I'm ready. I got it." FRANCO replied, "Good, 'cause I need to come up [make money from the delivery], bro. (Unintelligible)." VAZQUEZ stated, "Bro, I need this shit, too." FRANCO replied, "Well, mother fucker, you see it's been helping like a mother fucker [FRANCO has been developing cocaine customers for VAZQUEZ],

169

though." VAZQUEZ stated, "That's why I'm bringing you what you want." FRANCO stated, "Alright, well, yeah, so uh, who's bringing it?" VAZQUEZ stated, "Me, I'm coming." FRANCO stated, "'Cause, you ain't been over there. So, you don't even know where the dude." VAZQUEZ replied, "No, I don't." FRANCO stated, "Aw, fuck. Alright man, just uh, just take Western and then bust a right on Jarvis and a left in the alley. Boom. Boom. And then, I'm gonna be right there behind the barber shop."

> **k. RIVERA explained to VAZQUEZ that JAMES's customer, GRIFFIN, only has money for 3/4 of a kilogram of cocaine.**

354. On April 3, 2013, at approximately 2:44 p.m., VAZQUEZ, using Target Phone 42 (Call # 914), had a conversation with RIVERA, using Target Phone 40. During the conversation, VAZQUEZ and RIVERA discussed JAMES's customer taking 3/4 of a kilogram and RIVERA taking the balance. Specifically, VAZQUEZ stated, "Alright, so what were you saying? You're saying uh, they [JAMES's cocaine customer GRIFFIN] only want three-fourths but you got enough [money] to take that fourth ? The last of it?" RIVERA replied, "Yeah. Yep. Yep. Exactly." VAZQUEZ stated, "Okay. So, just get the money ready and we'll be ready when they're ready. I guess." Later in the conversation, RIVERA stated, "Well, I don't know why they did that shit [Customer had not arrived, yet], though." VAZQUEZ replied, "Yeah, let 'em know we, we on point [more

timely] from now on. You know what I'm saying like..." RIVERA stated, "I'm trying, B. See that, dude. I see that. I didn't... 'Cause, I do that shit with my son, nonstop. So, you know I gotta be on point, bro."

355.  On April 3, 2013, at approximately 2:47 p.m., VAZQUEZ, using Target Phone 42 (Call # 917), had a conversation with SHAHBAZ, using (312) 619-0779. During the conversation, SHAHBAZ stated, "Yo, what up? How's everything going?" VAZQUEZ replied, "Shit, no. So, them niggers weren't ready. Uh, one second, G, one second. So uh, Franco's ready so, I just came to Franco's, real quick. And then, they'll be ready like in about an hour, they said." SHAHBAZ stated, "Ah well, you should of just kept the one you got and..." VAZQUEZ replied, "Yeah, I just kept heading up north and um, I'm about to meet up Franco in about a five, ten minutes, do that one real quick, if they're ready. And then head back give you, if you're still at the office, give you the half money [VAZQUEZ will give SHAHBAZ the money obtained from the half kilogram cocaine delivery to FRANCO]  and then give me another half [SHAHBAZ will then give VAZQUEZ and another half kilogram] and I'll be ready over there." Later in the conversation, SHAHBAZ stated, "You didn't get up with HB [PEREZ]? You got it?" VAZQUEZ replied, "Yeah. Yeah. He's following us, right now." SHAHBAZ stated, "Oh, okay. Perfect." VAZQUEZ stated, "Yeah, we're together. We're about to handle these, this move [FRANCO

delivery] and then head back [3130 N. Lake Shore Drive] and grab that other half, real quick, and go back and handle that other one [RIVERA/JAMES delivery]."

       l.    **RIVERA informed VAZQUEZ that JAMES's customer GRIFFIN was en route.**

356.  On April 3, 2013, between 2:53 p.m. and 2:58 p.m., phone records reflect two contacts between RIVERA, using Target Phone 40, and JAMES at Target Phone 38.

357.  On April 3, 2013, at approximately 2:59 p.m., VAZQUEZ, using Target Phone 42 (Call # 922), had a conversation with RIVERA, using Target Phone 40. During the conversation, RIVERA stated, "Yeah, they [JAMES's customer GRIFFIN] said, they're like 25 minutes away, bro." VAZQUEZ replied, "Okay, I'm gonna start heading back in a few seconds, then." RIVERA stated, "Yup. Yup. And then uh, I'll take care of it. With you, me and you. I got the dough in my pocket, we'll figure this out." VAZQUEZ replied, "Alright." RIVERA stated, "Alright brother, I'll see you over there [JAMES stash house] in twenty five." VAZQUEZ asked, "Should I break one of these in half or just keep coming?" RIVERA replied, "No. No. Just keep 'em just the way they are. Because, I'll just do the inside there [RIVERA will take the one quarter kilogram not purchased by JAMES's customer and RIVERA will weigh out 250 grams

172

inside JAMES's house]. You know what I mean?" VAZQUEZ replied, "Alright. Bye."

### m.    VAZQUEZ delivered the ½ kilogram of cocaine to FRANCO.

358.    On April 3, 2013, at approximately 3:00 p.m., VAZQUEZ, using Target Phone 42 (Call # 923), had a conversation with FRANCO, using (773) 612-0036. During the conversation, VAZQUEZ stated, "Yeah, I'm right here on Birchwood [Avenue] and Western [Avenue]." FRANCO replied, "You're on what?" VAZQUEZ stated, "Birchwood and Western." FRANCO stated, "What the fuck is Birchwood, bro? Oh, yeah. You took a right, right there or some shit?" VAZQUEZ replied, "Yeah. I turned right, right here by the Midas." FRANCO replied, "Alright. Alright."

359.    On April 3, 2013, at approximately 3:04 p.m., VAZQUEZ, using Target Phone 42 (Call # 927), had a conversation with SHAHBAZ, using (312) 619-0779.

a.    During the conversation, VAZQUEZ stated, "Yeah uh, Franco's [half kilo delivery] went perfect. It was all good." SHAHBAZ replied, "Oh, yeah." VAZQUEZ stated, "So, they're ready, almost ready for us over there [RIVERA at JAMES's stash house] so, I'm flying back to the office [3130 N. Lake Shore Drive] now, to grab the other half that I need."

b.      Later in the conversation, VAZQUEZ stated, "I'll just have to go up and get them, then. It's no big deal." SHAHBAZ replied, "Alright, I put 'em [the cocaine] uh. I couldn't open the finner [safe], again. So, it's on top of the finner." VAZQUEZ stated, "On top of the finner?" SHAHBAZ replied, "Yeah." VAZQUEZ stated, "You couldn't open it?" SHAHBAZ replied, "No. I've been having problems with it, man."

c.      Later in the conversation, SHAHBAZ stated, "Your guy's [PEREZ] gonna be with you, right?" VAZQUEZ replied, "Yeah. This nigger, this [guy's] charging these [guys] twenty five for the half [FRANCO is charging his unknown customer $25,000.00 for half kilogram]." SHAHBAZ stated, "You have to (unintelligible), man. These [guys] are timid out here, bro. You got (unintelligible), you know." VAZQUEZ replied, "This [guy's] done made like, five bucks [$5000.00] off the shit."

d.      Later in the conversation, VAZQUEZ switched to an awaiting incoming call (Call # 928), and spoke with PASKON. PASKON stated, "Um alright, if you can do me a favor and take a look at them. I only, I only gave you fifty-seven [57 pounds of marijuana]. I only gave you fifty-seven, 'cause I didn't know if you'd want more 'cause they're okay." Later in the conversation, VAZQUEZ stated, "Okay now, if I need another one or two of those things [kilograms of cocaine] am I good?" PASKON replied, "What for the girls

174

[cocaine]?" VAZQUEZ replied, "Yeah." PASKON stated, "Uh man, I, I really don't know. I can, I can find out for you... I can find out for you by tomorrow. Because, I know mine, I know my other ones aren't gonna get here for another eight days, nine days. But, I can go through my other guy. But they're probably going to expensiver ones."

    e.    Later in the conversation, VAZQUEZ stated, "So, just start knowing that I'm gonna need double my orders from now on. Alright?" PASKON replied, "Alright. Cool." VAZQUEZ stated, "Thank you, bro. I appreciate you a lot." PASKON replied, "Alright, call me tonight."

    360.  On April 3, 2013, at approximately 3:25 p.m., VAZQUEZ, using Target Phone 42 (Call # 939), had a conversation with PEREZ, using (872) 209-9218.

    a.    During the conversation, VAZQUEZ asked, "Yeah, Why you keep blowing me up like that when I just walked into the building?" PEREZ replied, "Cause I was fucking, I thought you was gonna take this money up?" VAZQUEZ related, "Well, I was but you weren't here and I ran to get into the door and you keep blowing me up while I'm in the elevator." PEREZ related, "Well, I don't know, I thought you forgot about the money." VAZQUEZ stated, "Why would I forget about the money, bro?" PEREZ replied, "Because you keep forgetting about shit sometimes." VAZQUEZ stated, "No, I don't forget about

money, dog. I don't know what you're talking about. I never forget about my money!" PEREZ replied, "You forget about stuff man." VAZQUEZ stated, "No, well I didn't forget about the money. I just did that move [half kilo deal with FRANCO]. I know what the hell is going on."

      b.    Later in the conversation, PEREZ asked, "Alright, So are we gonna take this [money] with us? All this cash?" VAZQUEZ replied, "Yeah, we're gonna take it with us 'cause we're already here, unless you wanna come up [3130 N. Lake Shore Drive]."

      c.    Later in the conversation, PEREZ stated, "You know what I'm gonna do? We're bringing... While you're bringing that [half kilogram], I was. Never mind. I was gonna take it over there. To the house over there [330 W. Diversey], for now. Just put it away." VAZQUEZ replied, "Unless you wanna drop it off at the crib. I don't know, it's up to you." PEREZ stated, "Yeah, I'm gonna drop it off at the crib while you're getting that." VAZQUEZ replied, "Alright" PEREZ stated, "Put it in the safe over there." VAZQUEZ replied "Alright."

**n.** **JAMES's customer GRIFFIN arrived at JAMES's stash house for the 3/4 kilograms of cocaine and RIVERA informed VAZQUEZ.**

361.   On April 3, 2013, at approximately 3:45 p.m., phone records reflect contact between RIVERA, using Target Phone 40 and JAMES at Target Phone 38.

362.   On April 3, 2013, at approximately 3:57 p.m., VAZQUEZ, using Target Phone 42 (Call # 951), had a conversation with RIVERA, using Target Phone 40.  During the conversation RIVERA informed VAZQUEZ that he was about two minutes away and the customers were already at JAMES's house. Specifically, VAZQUEZ asked, "What up, baby? You here?" RIVERA replied, "Yeah, brother. I'm like two minutes away. I'm on Western. Where you at? They're [customers] already there." VAZQUEZ responded, "E, I'm already here." RIVERA stated, "Alright, I'll be pulling up. They're [customers] already there, too. Give me one minute." VAZQUEZ replied, "Okay, cool."

**o.** **VAZQUEZ and PEREZ completed the cocaine delivery to RIVERA, JAMES and GRIFFIN.**

363.   On April 3, 2013, at approximately 3:57 p.m., surveillance observed VAZQUEZ arrive in the black Jeep and park in the area of 2336 W. Jackson Boulevard. Approximately two minutes later, surveillance observed the GMC Yukon arrive and park behind the black Jeep. VAZQUEZ, carrying a black

177

backpack, got out of the Jeep and entered the Yukon. Surveillance observed the Yukon pull away, drive to Oakley and Van Buren and park.

364.  On April 3, 2013, at approximately 4:02 p.m., RIVERA's Nissan Pathfinder arrived and parked behind 2457 W. Adams.

365.  On April 3, 2013, at approximately 4:03 p.m., VAZQUEZ, using Target Phone 42 (Call # 954), had a conversation with RIVERA, using Target Phone 40.  During the conversation, VAZQUEZ asked, "Where you at? At the house already?" RIVERA replied, "Yeah, I'm already here." VAZQUEZ stated, "Oh, okay. I'll just pull up there."

366.  After call number 954, surveillance observed RIVERA, carrying a gray diaper bag, get out of the Nissan and walk toward the rear of 2457 W. Adams.  Surveillance observed RIVERA sitting on the rear exterior stairs of the building.

367.  On April 3, 2013, at approximately 4:04 p.m., phone records reflect contact between RIVERA, using Target Phone 40, and JAMES at Target Phone 38.

368.  On April 3, 2013, at approximately 4:05 p.m., surveillance observed the red GMC Yukon arrive and park on Campbell near Adams. VAZQUEZ, carrying a black backpack, got out of the GMC and walked toward the rear of

178

2457 W. Adams. After VAZQUEZ arrived at the rear of the building, surveillance observed RIVERA and VAZQUEZ enter 2457 W. Adams.

369. At approximately 4:08 p.m., surveillance observed a second black Jeep Cherokee arrive and park on Campbell near Adams. A male subsequently identified during a traffic stop, as detailed in paragraphs 377-378 below, as CORY GRIFFIN with a long pony tail, wearing a blue and brown jacket and blue jeans got out of the black Cherokee and entered 2457 W. Adams.

370. On April 3, 2013, at approximately 4:09 p.m., VAZQUEZ, using Target Phone 42 (Call # 955), had a conversation with PEREZ, using (872) 209-9218. During the conversation, PEREZ stated, ". . .pulling up, here." VAZQUEZ replied, "Somebody is walking up?" PEREZ stated, "Yep." VAZQUEZ replied, "Someone's walking up? Alright, cool."

371. On April 3, 2013, at approximately 4:19 p.m., VAZQUEZ, using Target Phone 42 (Call# 956), had a conversation with PEREZ, using (872) 209-9218. During the conversation, PEREZ asked, "You good?" VAZQUEZ stated, "Yeah. Yeah, we're good." PEREZ replied, "Alright." VAZQUEZ stated, "Alright. Gimme a second. We're just checking it out [GRIFFIN, JAMES, RIVERA and VAZQUEZ were examining the cocaine]."

372. On April 3, 2013, at approximately 4:34 p.m., surveillance observed GRIFFIN come out of 2457 W. Adams and enter the front seat of the black

179

Cherokee. Surveillance observed an unknown black female, subsequently identified as Individual I, seated in the driver's seat and an unknown black male, subsequently identified as Individual J, seated in the driver's side rear seat of the black Cherokee. Surveillance observed GRIFFIN in the front seat of the Cherokee with a white bag on his lap. Surveillance observed GRIFFIN examine the contents of the white bag. Approximately three minutes later, GRIFFIN got out of the black Cherokee with what appeared to be an object under his coat and entered 2457 W. Adams.

373. On April 3, 2013, at approximately 4:34 p.m., VAZQUEZ, using Target Phone 42 (Call# 959), had a conversation with PEREZ, using (872) 209-9218. During the conversation, VAZQUEZ stated, "Yeah. I'm about to come out in a few seconds." PEREZ replied, "Alright, cool. Everything good?" VAZQUEZ stated, "Yeah, everything's good. They just wanna make sure everything on point." PEREZ replied, "Alright."

374. On April 3, 2013, at approximately 4:44 p.m. VAZQUEZ, using Target Phone 42 (Call# 965), received a text message from PEREZ, using (872) 209-9218. PEREZ was concerned the deal between VAZQUEZ and GRIFFIN was taking too long. PEREZ, implying he was armed, encouraged VAZQUEZ to leave the building. The text message read: "Hurry up or im start blasting niggas out here".

375.   On April 3, 2013, at approximately 4:47 p.m., surveillance observed VAZQUEZ, carrying a black backpack, and RIVERA, carrying a gray diaper bag, come out of 2457 W. Adams. VAZQUEZ entered the GMC Yukon.   RIVERA entered the Nissan Pathfinder. Both vehicles drove west bound on Adams.

376.   On April 3, 2013, at approximately 5:05 p.m., surveillance observed the black Cherokee back up to the rear of 2457 W. Adams. GRIFFIN, clutching an object along his left side under his jacket, left the rear of 2457 W. Adams. GRIFFIN opened the rear tailgate of the black Cherokee, crawled into the rear of the Cherokee, and closed the rear tailgate. The black Cherokee then drove away southbound on Campbell at which time surveillance observed GRIFFIN seated in the front passenger seat of the Cherokee.

377.   Following the black Cherokee's departure from CHARLES JAMES's stash house, surveillance observed the black Cherokee, while driving northbound on Kedzie, fail to signal while turning onto westbound Madison. Chicago Police Officers working in conjunction with this investigation stopped the black Cherokee at 3830 W. Madison. Enforcement officers approached the black Cherokee and observed Individual I to be driving the Cherokee, GRIFFIN seated in the front passenger seat and Individual J seated in the rear. The enforcement officer advised Individual I of the traffic violation and asked her to produce a driver's license and insurance.  Individual I produced a valid Wisconsin driver's

license but could not provide verification of insurance and stated the car was a rental. Officers asked Individual I if there was anything illegal in the vehicle. Individual I replied there was nothing illegal that she knew about. Officers asked if Individual I would give permission to search the Cherokee for any illegal substances. Individual I then supplied verbal permission to search the Cherokee.

378. During a search of the vehicle, officers discovered a white plastic bag concealed in a storage compartment. Closer examination of the bag showed it to contain several clear plastic bags of suspect cocaine and a black brick shaped object. A search of the bag revealed the contents to include: two clear plastic bags of cocaine, one clear plastic bag of crack cocaine and one black duct taped package of cocaine. The contents of the bag were turned over to the Illinois State Police's Division of Forensic Science Center in Chicago, for analysis, and they were found to contain approximately 707 grams of cocaine.

379. Based upon the conversations between VAZQUEZ, MIRELES, SHAHBAZ, PEREZ and RIVERA, and the contact between RIVERA and JAMES, and VAZQUEZ's meeting with RIVERA at JAMES's stash house, and GRIFFIN's arrival at the stash house and exit with object clutched to his side, and the recovery of 707 grams of cocaine from the jeep GRIFFIN rode in, I believe that VAZQUEZ supplied RIVERA and JAMES with a kilogram of cocaine 707 grams of which they gave to GRIFFIN.

**p.    FRANCO informed VAZQUEZ that he was happy with the quality of the cocaine and that he would want more.**

380.    On April 3, 2013, at approximately 5:57 p.m.,[28] VAZQUEZ, using Target Phone 42 (Call # 986), had a conversation with FRANCO, using (773) 612-0036.    During the conversation, FRANCO stated, "Hey uh, that shit [½ kilogram of cocaine] look good, I guess. Uh, but dude, he going to Miami, he's gonna be back Monday so, he gonna grab the same thing on Monday." VAZQUEZ replied, "What's today?" FRANCO stated, "Today Wednesday." VAZQUEZ replied, "Yeah. Shit, we should be ready."

381.    Based upon the conversation above, and the earlier conversations in which VAZQUEZ discussed delivering a half-kilogram to FRANCO that day, and the seizure of 707 grams of cocaine from GRIFFIN which VAZQUEZ supplied from the same three kilograms of cocaine he received from PASKON, I believe VAZQUEZ delivered approximately 500 grams of cocaine to FRANCO on April 3, 2013.

**q.    VAZQUEZ and MIRELES delivered a ½ kilogram of cocaine to NEFTALI FREYTES.**

382.    On April 3, 2013, at approximately 6:49 p.m., VAZQUEZ, using Target Phone 42 (Call # 1000), had a conversation with FREYTES, using (872)

---

[28]    Due to a technical error on the information from the phone company, this call was incorrectly stored with a time of 6:57 p.m.

226-4187. During the conversation, VAZQUEZ stated, "What's up, boy?"
FREYTES stated, "Shit. Well uh, check this out. Um, I talked, I told Baz
[SHAHBAZ] already, I got a saw, I got a sawbuck [$10,000.00] for you, I got a
sawbuck for you, right now. But I got another sawbuck on the street. You know
what I'm saying? So, I got five [$5000.00] coming in tomorrow, I got five coming
in tomorrow early in the morning or whatever. So, I mean I got you cleared. You
know? I got a sawbuck right now, though. So, you guys can come pick that up
whenever. But I'm like, I'm dead. You know what I'm saying?" VAZQUEZ
replied, "Alright. Well um..." FREYTES stated, "So, I don't know if you want to,
if you want to..." VAZQUEZ replied, "Most likely uh, most likely we're gonna
send it [half kilogram of cocaine] that way. But just try to at least have the shit
to clear up [VAZQUEZ wanted FREYTES to pay all of his outstanding debt]."

383.    On April 3, 2013, at approximately 7:14 p.m.,, VAZQUEZ, using
Target Phone 42 (Call # 1007), had a conversation with FREYTES, using (872)
226-4187. During the conversation, FREYTES stated, "Yeah, I don't know what
happened or whatever, I just figured I'll call you back after you're done with your
call." VAZQUEZ replied, "No, don't worry about it. I'm talking to BZ
[SHAHBAZ], right now. I guess, yeah, most likely we're going to send it [half
kilogram of cocaine delivery]. So, I'll let you know, right now." FREYTES
responded, "Alright."

184

384. On April 3, 2013, at approximately 8:17 p.m., VAZQUEZ, using Target Phone 42 (Call # 1016), had a conversation with MIRELES, using (773) 592-4755. During the conversation, MIRELES stated, "Hey uh, Luck [FREYTES] changed his number, right?" VAZQUEZ replied, "Uh, yeah but he's home." MIRELES stated, "Can you text it to me?" VAZQUEZ replied, "Um well, are you gonna go to.. You're taking it to his crib, right?" MIRELES responded, "Yeah." VAZQUEZ stated, "Okay. Then just go, get it when you get there. But I'll call him right now and tell him... When are you gonna be there?" MIRELES replied, "Uh, I should be there like, in fifteen minutes, though." VAZQUEZ stated, "Okay, I'll tell him you'll be there in fifteen minutes."

385. On April 3, 2013, at approximately 8:17 p.m., VAZQUEZ, using Target Phone 42 (Call # 1017), had a conversation with FREYTES, using (872) 226-4187. During the conversation, VAZQUEZ stated, "Shit, P's [MIRELES] going to be there [FREYTES's residence at 6414 W. Belmont] in about ten, fifteen minutes." FREYTES replied, "Okay." VAZQUEZ stated, "And uh, we sent you that, we sent you that nine [nine ounces of cocaine which equals 250 grams of cocaine] you wanted." FREYTES replied, "Uh, I didn't want a nine. I wanted the eighteen [eighteen ounces, which equals approximately a half kilogram of cocaine]." VAZQUEZ stated, "Are you sure?" FREYTES replied, "Yeah, I'm pretty positive. That's what we've been discussing." VAZQUEZ

185

stated, "I thought you said, you wanted the... No, I'm just fucking with you. I got... It'll be right there." FREYTES replied, "Damn."

386. On April 3, 2013, at approximately 8:38 p.m., VAZQUEZ, using Target Phone 42 (Call # 1024), had a conversation with MIRELES, using (773) 592-4755. During the conversation, MIRELES stated, "Yeah. Call him [FREYTES]. I'm right here at the door [at FREYTES's residence at 6414 W. Belmont], bro." VAZQUEZ replied, "Alright. Bye."

387. On April 3, 2013, At approximately 8:38 p.m., VAZQUEZ, using Target Phone 42 (Call # 1025), had a conversation with FREYTES, using (872) 226-4187. FREYTES stated, "Yeah." VAZQUEZ stated, "Pop's [MIRELES] is at the door [6414 W. Belmont]." FREYTES replied, "Alright."

388. Based on the foregoing, I believe that on April 3, 2013, ERIC PASKON supplied DANIEL VAZQUEZ, FRANCISCO MIRELES, ANWER SHAHBAZ and ANGEL PEREZ with three kilograms of cocaine. VAZQUEZ and his crew delivered: (1) one kilogram to CHARLES JAMES and EDUARDO RIVERA, 700 grams of which they gave to CORY GRIFFIN which was seized by law enforcement; (2) 500 grams of which they gave to NICOLAS FRANCO; and (3) 500 grams of which they gave to NEFTALI FREYTES.

xvi. On April 15, 2013, PASKON supplied cocaine to VAZQUEZ, 1 ½ kilograms of which VAZQUEZ supplied to BRANDON ELSING which was seized by law enforcement on April 15, 2013.

389. On April 11, 2013, at approximately 11:42 a.m., VAZQUEZ had a phone conversation (call #1942) on Target Phone 42 with BRANDON ELSING, using (608) 577-7933.[29] During this call, VAZQUEZ called to see when ELSING wanted to receive another supply of cocaine. Specifically, ELSING stated, "Yeah, no, I talked to him. He was trying to figure out what he's got together [ELSING's customer was trying to get money needed to purchase the cocaine]. I know he's sending them out on Wednesday and he's gonna see if he's capable of doing both [two kilograms of cocaine] at the same time. (Unintelligible)." VAZQUEZ replied, "Okay." ELSING stated, "I will let you know what he says." VAZQUEZ asked, "Are you guys aiming for this week or middle of next week or what are you trying to do?" ELSING replied, "Uh, the last time I talked to him he was thinking beginning of next week but, that depends on if everyone come up with his loot [money]." VAZQUEZ stated, "Well everything is getting here tomorrow they told me, so. They've been going really really fast."

---

[29]  The identification of BRANDON ELSING and his voice was based on the following: the sequence of calls and surveillance described below which resulted in ELSING being stopped by law enforcement and arrested with 1 ½ kilograms of cocaine in his trunk as described in paragraph 434.

390. On April 13, 2013, at approximately 1:54 p.m., VAZQUEZ had a phone conversation (call #2210) on Target Phone 42 with ELSING, using (608) 577-7933. During this call, ELSING stated, "He said Monday[ELSING's customer stated that he would ready with money for cocaine the next Monday, April 15, 2013]." VAZQUEZ asked, "Monday?" ELSING replied, "Get two [kilograms of cocaine] of them. Yeah, will you be able to do that?" VAZQUEZ stated, "Yeah we should, yeah we should be good. I'm supposed to get mine tomorrow actually so... pretty good timing." ELSING replied, "Yup, so...well, I guess just hit me up when we figure out whatever." VAZQUEZ stated, "Okay sounds good. I'll hit you up tomorrow, we'll go over some shit."

391. On April 13, 2013, at approximately 6:01 p.m., VAZQUEZ had a phone conversation (Call #2265) on Target Phone 42 with ANWER SHAHBAZ, using (312) 619-0779. During this call, SHAHBAZ stated, "Got a bunch of girl [cocaine orders] man and need that shit. Nothing from E [VAZQUEZ's cocaine supplier ERIC PASKON, aka "E"] though?" VAZQUEZ replied, "Yeah, I talked to him today, he said tomorrow. We got four or five coming. Brandon [ELSING] wants two COD Monday. But I don't know." SHAHBAZ stated, "Man, that's gonna put us in the game right now man." VAZQUEZ replied, "You already know."

188

a.    **VAZQUEZ spoke to PASKON about receiving cocaine.**

392.   On April 14, 2013, at approximately 10:54 a.m. VAZQUEZ had a phone conversation (Call#2294) on Target Phone 42 with PASKON, using Target Phone 46.  During this call, VAZQUEZ stated, "What's up my brother?  Please tell me some great news."  PASKON replied, "Yeah we're, we're good.  We'll have them, We'll have them [kilograms of cocaine] by like six, seven tonight."  VAZQUEZ asked, "For real?"  PASKON replied, "Yeah definitely I already talked, I already talked to the driver."  VAZQUEZ stated, "I'm ready to go to work G.  Fuck this."  PASKON replied, "Um, I don't know I'll probably see you first thing in the morning though not tonight."  VAZQUEZ asked, "Oh for real, I can't get mine today?"  PASKON replied, "Um, I mean I could throw you two [kilograms of cocaine] today.  You got people waiting or what?"  VAZQUEZ stated, "Hell yeah, are you crazy?"  PASKON stated, "Well, let me see...let me see when they come in.  How late? Because he told me like around five or six but if it's like around eight o'clock I'll probably wait till the morning.  But I don't know, like I said, let me see as soon as he calls me cause then I could send my driver.  As soon as my driver gets back, then I could get him out there."  VAZQUEZ replied, "No problem bro, um, real quick though...can we aim for five [five kilograms of cocaine] or no?"  PASKON stated, "Um, I don't know, I mean, well, let's see how quick you run.  Let me throw you two at first bro cause I don't

189

want to give you all five. Cause what happens if something happens right away? Let me throw you two the next day I could throw you another two." VAZQUEZ replied, "Look E, E, E, my guy. My Wisconsin [ELSING] coming Monday. He's coming tomorrow. At ten in the morning, he wants to come. He's doing two [two kilograms of cocaine] by himself." PASKON asked, "So if I give you four, if I give you four tomorrow, you could come back and pay me for two the same day?" VAZQUEZ replied, "I could pay you for four probably the same day, bro. I promise." PASKON stated, "Alright." VAZQUEZ stated, "I'll pay you for four the same day and then give me what ever else I got coming." PASKON replied, "Okay, and if you put money on the old tab because yesterday I had to give some cock sucker, I had to give my cock sucking boss fifteen thousand of my own money to cover you."

393. On April 14, 2013, at approximately 11:21 a.m., VAZQUEZ had a phone conversation (Call #2302) on Target Phone 42 with SHAHBAZ, using (312) 619-0779. During this conversation, SHAHBAZ asked, "How about E [PASKON], nothing?" VAZQUEZ replied, "Shit, he said it will be here about five of six." SHAHBAZ asked, "Oh, word?" VAZQUEZ replied, "Yeah I got five coming for us, cuz." SHAHBAZ stated, "Man, we're gonna need more than that, too." VAZQUEZ replied, "Oh yeah. Bran [BRANDON ELSING], he wants to come tomorrow for two, but I don't know." SHAHBAZ stated, "Man, we should

only give it to Bran if...only if we get five though. You know what I'm saying?" VAZQUEZ replied, "We got five coming. I'm taxing G. I need my money." SHAHBAZ stated, "Man, you have to, Joe." VAZQUEZ replied, "Man you know we're gonna make a quarter this week, you know that [VAZQUEZ related, that he expected to make $25,000 in profit on cocaine sales for the week], right?" SHAHBAZ stated, "I hope man if we get them in."

394. On April 14, 2013, at approximately 5:46 p.m., VAZQUEZ had a phone conversation (Call #2349) on Target Phone 42 with PASKON, using Target Phone 46. During this call, VAZQUEZ asked, "You got some good news?" PASKON answered, "What, I'll probably see you tonight, I'll probably see you tonight for two of them [kilograms of cocaine] for your guy in Wisconsin [Brandon ELSING] then, when you bring by the paper work [money], I'll give you another two." VAZQUEZ stated, "Wait, I got paper work if I need, if that's the issue I got some." PASKON replied, "No, I mean it's just safer for me to do it that way. You know what I mean? Because, I don't want to throw four in his hand just in case anything happens."

395. On April 14, 2013, at approximately 7:03 p.m., VAZQUEZ had a phone conversation (Call #2368) on Target Phone 42 with ERIC PASKON, using Target Phone 46. During this call, VAZQUEZ asked, "E, is tomorrow better for you in the morning, or no?" PASKON replied, "If you wanna do it tomorrow

191

that's fine. I can do it early." VAZQUEZ stated, "Yeah, early will be better cause I'm gonna, I'm gonna tell this guy [ELSING] to um ...I don't want him to slow me down from what I got goin' on tomorrow, so I'm a tell his ass to be here at nine, ten in the morning." PASKON replied, "Call me when you're up."

396.   On April 14, 2013, at approximately 7:04 p.m., VAZQUEZ had a phone conversation (Call #2369) on Target Phone 42 with ELSING, using (608) 577-7933. During the conversation, VAZQUEZ stated, "Okay, everything is all good, sir. The only problem is the number, so far." ELSING asked, "What's the number?" VAZQUEZ laughed and then stated, "He's at four zero [$40,000 for a kilogram], but I'm getting him down." ELSING replied, "Yeah, I don't think he'll go for that." VAZQUEZ stated, "Nah, I know he's not. I'm not either though. Cause, if I let him do that...Um so it's here. I'm fighting with him with that. He's gonna call me like in two minutes. I'm getting a little deposit together for him. To help my number out and shit like that. Um, but he still might be at thirty-nine [$39,000] though, man. Is that good, could we do that?" ELSING replied, "Uh shit, I'll have to call him and ask." VAZQUEZ stated, "Call me right back, cause I'm gonna stop doing everything I'm doing right now and go get him a deposit just to secure." ELSING replied, "(Unintelligible) better not be no bull shit." Later in the call, VAZQUEZ guaranteed the quality of the cocaine and stated, "It's a hundred percent, it's the same guy and he's been so consistent with

me lately. It's been every ten days like consistently, so I'm really feeling something with this guy." ELSING replied, "Alright."

**a. On April 15, 2013, PASKON supplied VAZQUEZ and MIRELES with three kilograms of cocaine.**

397. Based upon the calls summarized above, on April 15, 2013, investigators established surveillance at PASKON's residence, located at 2735 W. Lemoyne, and observed the following:

a. At approximately 9:37 a.m., surveillance observed PASKON exit the front door at 2735 W. Lemoyne, enter a black Volkswagen Touareg, and drive from the area.

b. At approximately 9:49 a.m., surveillance observed the black Volkswagen park at approximately 2514 W. George Street, Chicago, Illinois. PASKON stayed seated in the Volkswagen as it remained parked on the street.

c. At this time, VAZQUEZ, using Target Phone 42 (Call # 2422), received a text message from PASKON, using Target Phone 46. In the text, PASKON instructed VAZQUEZ to bring $15,000 from a previous narcotics delivery, in order to obtain additional cocaine. The text message read: "Bring paper work from the past today".

d. After approximately two minutes, the black Volkswagen drove from the area.

398.   On April 15, 2013, at approximately 10:30 a.m., VAZQUEZ had a phone conversation (Call #2431) on Target Phone 42 with ELSING, using (608) 577-7933.   During this conversation, VAZQUEZ and ELSING discussed ELSING's estimated time of arrival in Chicago to pick up the cocaine. Specifically, ELSING stated, "I'll hit you when I get done working." VAZQUEZ stated, "Shit, alright uh cool. What time uh you think? What are you thinking?" ELSING replied, "I won't get done until like four so. . . ." VAZQUEZ asked, "Oh, really?" ELSING stated, "Yeah, I wouldn't get down there till like six thirty. And that's probably pushing it." VAZQUEZ replied, "Alright, well I'll definitely be ready, brotha."

399.   On April 15, 2013, at approximately 10:36 a.m., VAZQUEZ received an incoming text message on Target Phone 42 (Call #2434) from PASKON, using Target Phone 46.  The message from PASKON read, "?call me."

400.   On April 15, 2013, at approximately 10:36 a.m., VAZQUEZ, using Target Phone 42 (Call # 2435), had a conversation with PASKON, using Target Phone 46. During the conversation, VAZQUEZ and PASKON discussed the delivery of two kilograms of cocaine which VAZQUEZ was to deliver to ELSING.

a.   Specifically, VAZQUEZ stated, "What up, boss man?" PASKON replied, "What's good with you? Where we at?" VAZQUEZ stated, "Shit. So uh, my guy's gonna be here at 4:30, 5:00, from Wisconsin, for those two

194

[ELSING would arrive around 5 p.m. to pick up two kilograms of cocaine]."
PASKON replied, "Okay." VAZQUEZ stated, "Um, but shit, I could probably do
one before he even gets here, C.O.D. I mean, so, I don't know what you want me
to do."

    b.    PASKON replied, "Um, man. You know what, man? I got, I
got some good news and I got some bad news." VAZQUEZ responded, "Oh shit,
man." PASKON stated, "I'm only gonna, I'm only gonna be able to give you three
[kilograms]. They shorted me, man. They [PASKON's unknown cocaine source]
lied to me." VAZQUEZ replied, "Three?" PASKON stated, "Yeah, that's all I
could do. I mean, look it, 'cause, I don't know, I don't know, I don't know how you
want to get 'em around. Maybe, you just want to give your Wisconsin guy one
and you want two. Because, I could give you like, eight days until they come
back. 'Cause, they'll [PASKON's cocaine source] be back in ten more days but,
they shorted me, man. They didn't give me what I wanted." VAZQUEZ replied,
"Fuck, man."

    c.    PASKON stated, "Um, but, you see, I don't wanna, I don't
wanna lie to you, either. I don't want to give you those two and then, you get rid
of them and you got nothing. You know what I mean?" VAZQUEZ replied, "Yeah.
No, absolutely." PASKON stated, "I don't, 'cause, I don't want to fuck you up,
somehow. So, so basically, I'm just gonna be able to get you three. But, in ten

days, I'm gonna have more, man. But, they just, I mean, they're gonna keep it consistent, I just need to get up my numbers a little [PASKON stated that he needs to pay his source for previous cocaine deliveries]. 'Cause, we're just starting off, again. So, they told me, they told me, in probably like, a month they'll be giving me double of what they're doing, now. So, but that's fine. I just got to uh, I just gotta, I gotta stick with the program. You know what I mean? And I make sure everybody, who's on my team, eats. So, if I, if I give you, if I give you your, your four, your five that you want, then I'm taking food out of other people's mouth [PASKON wants to distribute the current supply of cocaine fairly among his customers]. You know what I mean? And I try to be as fair as I can." VAZQUEZ replied, "I understand."

       d.    Later in the conversation, PASKON stated, "Alright. Well, when I see you, when I see you, I'll give you the two for Wisconsin [ELSING] and if you can, bring me fifteen [$15,000.00]. Bring me fifteen and that time I can go run and get your other one and then, when I see you again, I can give you both of them [PASKON instructed VAZQUEZ to pay PASKON for two kilograms and supply an additional $15,000 in order to receive a third kilogram]." VAZQUEZ replied, "Alright, so just give me my three now, then. Let me get my three so I can get to work, too. So, I don't have to just give those to Wisconsin and then I'm fucked." PASKON stated, "Right. No, no, no. I definitely have three for you.

Guaranteed. I'm holding on to it. I ain't gonna give that shit to nobody. But, when I see you, just let me give you your two for Wisconsin and bring me fifteen and then I can go... Huh?" VAZQUEZ stated, "He, he's not gonna get here 'til 5:00, 6:00. I can do one by the time he gets here. Like, I'll be done with one by the time he gets here, bro. I got people waiting, like crazy." PASKON stated, "Okay. So, fuck it, then. (Unintelligible)." VAZQUEZ stated, "I'm gonna bring you fifteen so, I can get that fourth one, later on, tonight, from you."

     e.     PASKON stated, "Okay. What, what time are you going to be ready?" VAZQUEZ replied, "Shit, nigger. I'm, I'm ready. What do you want me to do?" PASKON stated, "Um, you want to meet me over by uh, by uh, Diversey? Diversey and Cicero?" VAZQUEZ replied, "Whatever, whatever, I gotta do to get, get to work. Shit, I been fucked up for fucking eight days, dude. I've been fucking hurting. I need the work." PASKON stated, "Yeah, if you want come, come to uh, come to, come to Diversey and Cicero. I can meet you off of there. Um, man. Hold on. Let me call you, right back."

     401.  On April 15, 2013, at approximately 10:47 a.m., VAZQUEZ, using Target Phone 42 (Call # 2443), had a conversation with PASKON, using Target Phone 46. During the conversation, VAZQUEZ stated, "What up, E?" PASKON replied, "Ok, I can see you. I can see you in an hour, forty-five minutes." VAZQUEZ stated, "Okay, cool. I'm getting ready." PASKON replied, "Yeah,

'cause, I'm a, I'm a eat, real quick, and then I'll come see you." VAZQUEZ stated, "Alright, cool. I'm a go pick up the fifteen and then I'll start heading that way. In a little bit."

402. On April 15, 2013, at approximately 11:49 a.m., VAZQUEZ, using Target Phone 42, received a text message from PASKON, using Target Phone 46. In the text, PASKON instructed VAZQUEZ to meet him at the corner of Schubert Street and Cicero Avenue, in Chicago, Illinois, where VAZQUEZ was to deliver $15,000. The text message read: "Schubert and cicero in 45".

403. On April 15, 2013, at approximately 12:55 p.m., VAZQUEZ, using Target Phone 42 (Call # 2475), had a conversation with MIRELES, using (773) 592-4755. During the conversation, MIRELES, acting as a courier on behalf of VAZQUEZ, claimed to have spoken with PASKON and was awaiting further direction from VAZQUEZ. Specifically, MIRELES stated, "Alright, so I got my shit on. Uh, yeah, I already talked to him [MIRELES claimed to have spoken with PASKON], bro." VAZQUEZ replied, "You, you, you told him, you're gonna just meet me back up, to get the paper [money]?" MIRELES stated, "Man, I got eight [$8000.00] on me. You want me to give him eight, for now?" VAZQUEZ replied, "Let him, no. Tell him, tell him what you got and, what, tell him, I'm, I'm already driving towards you." MIRELES replied, "Okay." VAZQUEZ stated,

"So, whatever he wants to do." MIRELES replied, "So... Alright. Let me call him back, again."

404.   Telephone records for Target Phone 46 indicate that between 12:56 p.m. and 12:58 p.m., on April 15, 2013, there were approximately four contacts with MIRELES, using (773) 592-4755.

405.   On April 15, 2013, at approximately 12:57 p.m., VAZQUEZ, using Target Phone 42 (call # 2476), had a conversation with MIRELES, using (773) 592-4755.  During the conversation, MIRELES stated, "No, he said, he wants that paperwork [PASKON would not accept a partial payment of the required $15,000], right now." VAZQUEZ replied, "Alright, tell him I'll slide that way." MIRELES asked, "Where you at? Where you at, so I can start heading towards you?" VAZQUEZ replied, "Uh, I'm up north. (Unintelligible.) By Broadway and uh, Peterson."

406.   On April 15, 2013, at approximately 1:12 p.m., VAZQUEZ, using Target Phone 42 (Call # 2484), had a conversation with MIRELES, using (773) 592-4755. During the conversation, VAZQUEZ and MIRELES chose a meet location where VAZQUEZ was to supply money to be delivered to PASKON. Specifically, MIRELES stated, "I'm about to hit Kimball." VAZQUEZ responded, "Yeah, meet me at mother fucking KFC, right there, cuz." Later in the conversation, VAZQUEZ stated, "Wait, you went to the other KFC. I was talking

about... Which one?" MIRELES replied, "Um, KFC, right here. Kimball and Peterson." Later in the conversation VAZQUEZ asked, "So, where you at?" MIRELES replied, "Right here, Jersey, Kedzie. Making a left." VAZQUEZ stated, "Yeah, make a left on Kedzie. Pull over."

407. Telephone records for Target Phone 46 indicate that between 1:23 p.m. and 1:43 p.m., on April 15, 2013, there were approximately five contacts with MIRELES, using (773) 592-4755.

408. On the afternoon of April 15, 2013, law enforcement surveillance observed the following:

a. At 1:26 p.m., surveillance observed a gray Honda Odyssey driving southbound on Cicero at Foster.

b. At approximately 1:37 p.m., the gray Honda arrived and parked at approximately 2720 N. Kilpatrick, near Kilpatrick and Schubert, in Chicago, Illinois. Surveillance observed MIRELES seated in the driver's seat, as the lone occupant, of the Honda.

c. At approximately 1:44 p.m., surveillance observed the black Volkswagen Toureg driven by PASKON arrive in the area of the 4700 block of west Schubert and enter the alley north of Schubert. The gray Honda driven by MIRELES followed the Volkswagen westbound into the alley. Immediately thereafter, surveillance observed PASKON and MIRELES in the alley, walking

200

into an open overhead garage door. After approximately 3 minutes, MIRELES, carrying a black plastic bag, and PASKON left the garage and got into their respective vehicles. Both the Honda and Volkswagen left the alley and drove from the area. Surveillance entered the alley and determined the garage utilized by PASKON to have been either 4714 W. Schubert or 4718 W. Schubert. Both garages have similar construction and color.

### b. MIRELES delivered the three kilograms of cocaine to VAZQUEZ's stash house.

409.  On April 15, 2013, at approximately 1:49 p.m., VAZQUEZ, using Target Phone 42 (Call # 2496), had a conversation with MIRELES, using (773) 592-4755. During the conversation, MIRELES informed VAZQUEZ that he obtained three kilograms of cocaine, packaged in 500 gram units, from PASKON. Specifically, MIRELES stated, "Yes, sir." VAZQUEZ asked, "We get 'em?" MIRELES replied, "Yes, sir." VAZQUEZ stated, "(Unintelligible)." MIRELES replied, "Yes, sir. I don't know, it looks like a few of them bitches. Yeah, three [kilograms of cocaine]. They're all in halves, though." VAZQUEZ stated, "Alright. Cool. Uh, we at the office [Stash house located at 3130 N. Lake Shore Drive West]. (Unintelligible)." MIRELES replied, "Huh?" VAZQUEZ stated, "We over here." MIRELES replied, "Ah. I'm heading that way." VAZQUEZ stated, "Alright. Cool."

410.   On April 15, 2013, at approximately 2:26 p.m., VAZQUEZ, using Target Phone 42 (Call # 2513), had a conversation with MIRELES, using (773) 592-4755. During the conversation, VAZQUEZ called to determine MIRELES's location and ensure MIRELES would pull into the garage, in order to unload the three kilograms in a more secure area. Specifically, VAZQUEZ asked, "What up, homie. Where you at?" MIRELES replied, "Uh, I'm like, two minutes away. Right here, just past Halsted." VAZQUEZ asked, "Should I wait for you?" MIRELES replied, "Yeah. Yeah. Yeah." VAZQUEZ stated, "Okay. We got four cars out here." MIRELES replied, "Oh, shit." VAZQUEZ stated, "I could park 'em out on the street. Alright, I'm gonna park 'em out on the street. Uh, alright." MIRELES replied, "Where you at?" VAZQUEZ stated, "I'm gonna be right here, somewhere. In the garage or something."

411.   On April 15, 2013, at approximately 2:31 p.m., surveillance observed the gray Honda Odyssey pull into the Barry Street entrance of the parking garage of the 3130 N. Lake Shore Drive building, VAZQUEZ's stash house for narcotics and proceeds.

412.   On April 15, 2013, at approximately 2:46 p.m., VAZQUEZ, using Target Phone 42 (Call # 2520), had a conversation with PASKON, using Target Phone 46. During the conversation, VAZQUEZ informed PASKON that he

202

received the three kilograms and was satisfied with the quality. VAZQUEZ also asked if he would be able to obtain more cocaine from PASKON.

    a.    Specifically, PASKON asked, "What's good?" VAZQUEZ replied, "Shit, just uh, letting you know everything is good over here. I got the... We're good to go on it. Um, so, did you check on that, the other one [additional kilogram of cocaine], for me?" PASKON replied, "Yeah. I'm uh, he [PASKON's unknown cocaine source] told me, I can go see him around 6:00 tonight." VAZQUEZ replied, "Perfect. Perfect." PASKON stated, "So... No, I don't know if I'm gonna pick 'em. He just told me, to come look at 'em. So, that's not a good sign." VAZQUEZ replied, "Oh, oh, when niggers say, come look at it. That don't mean too good." PASKON stated, "I know. That, that's what I'm telling you. He's like, you can come by and look at 'em. And, and he's like, you can grab three or four, if you want. So, to me, to me that defines it." VAZQUEZ responded, "Oh, that means, it's no good." PASKON stated, "I know. But let me, at least, go see. Let me go see and look what he's talking about. You never know. But if it's no good, I'm not gonna grab that shit."

    b.    Later in the conversation, VAZQUEZ stated, "Well, I appreciate you, bro. This shit [current supply of three kilograms of cocaine] all gonna be gone, pretty much, pretty soon. Probably today, all of it. So." PASKON replied, "Yeah, like, like I said, if you want, man, just give the two [kilograms of

cocaine] to your guy [ELSING] and you should work the other one so, you can make a little money."

    c.    Later in the conversation, VAZQUEZ stated, "Let me see. Shit, I man... I don't know, man. Alright. Yeah, this ain't enough for me. Um, alright, I'll figure something out. Don't worry about it. I'll be ready today [VAZQUEZ will pay PASKON after he delivers cocaine to ELSING], for you."

    **c.**    **VAZQUEZ informed ELSING that it would only be 1 ½ kilograms of cocaine and ELSING came to Chicago to pick it up.**

413.  On April 15, 2013, at approximately 3:28 p.m. VAZQUEZ, using Target Phone 42 (Call # 2541), had a conversation with ELSING, using (608) 577-7933. During the conversation, VAZQUEZ informed ELSING that VAZQUEZ received a lessor amount of cocaine and would be supplying ELSING with less cocaine than he initially desired.

    a.    Specifically, VAZQUEZ stated, " What up, brother?" ELSING replied, "Shit, I'll probably be leaving in, like forty five [ELSING would be en route to meet VAZQUEZ in 45 minutes]." VAZQUEZ stated, "Okay. Um, I'm having a little situation. With um..." ELSING replied, "What's your situation?" VAZQUEZ stated, "Uh, they fucking... Uh, they [PASKON] shorted me a couple of them, that I was expecting for myself." ELSING replied, "Yeah." VAZQUEZ stated, "So, like I'm, I'm kinda like, fucked up... Like, I'm... You know, I don't

charge you, like... I make money off you, of course, but I don't charge you, like what I charge certain people over here. And right now, it's so bad that I'm taxing the fuck out these people [VAZQUEZ increased cocaine prices to his other customers] like twelve fifty, thirteen a zip [VAZQUEZ charging $1250 to $1300 per ounce of cocaine]." ELSING replied, "Yeah." VAZQUEZ stated, "Um, so, I'm just trying to figure out, I don't think I'm gonna have enough for myself. I don't have shit for myself if I give you these two [Kilograms]. So, I'm trying to see." ELSING replied, "Ahhh." VAZQUEZ stated, "Yeah, I know. Me and this guy are trying to figure it out, right now. Like, they shorted me like, two of 'em, that I was supposed to get. So, I'm like, fucking pissed, right now, man." ELSING replied, "Yeah."

      b.    VAZQUEZ stated, "They're fire as fuck [high quality], dude. Like, fuck, man." ELSING replied, "What the fuck?" VAZQUEZ stated, "Yeah, so, I know you... I don't know how you felt about taking one and a half." ELSING replied, "Probably do that." VAZQUEZ stated, "Yeah, that will help me out. Because, I'll make a lot more money and I don't have enough. Well, right now, we get 'em every eight days. So, I don't have enough to even last a day." ELSING replied, "Alright." VAZQUEZ stated, "So um, one and a half is here. Solid [In brick form], ready to go for you." ELSING replied, "Alright. You just gonna wait, until I'm ready?" VAZQUEZ stated, "I'll just give you that one and

a half. And then, you guys will be ready anyway, in eight days, anyway, right? Like, ten days, eight days? You guys... If you guys are ready, we'll just do it again. You know, in eight, ten days." ELSING replied, "Yeah. We'll see what goes on with this. But, yeah." VAZQUEZ stated, "Aw, well, your guys will be very happy. It's about the quality of it. So..." ELSING replied, "Yeah, I hope so." VAZQUEZ stated, "Oh, no. 100%. Like, guaranteed or money back." ELSING replied, "Alright." VAZQUEZ stated, "Alright, brother. I'll be here waiting for you. Come on down." ELSING replied, "Yeah. Bye."

414. On April 15, 2013, at approximately 4:41 p.m., VAZQUEZ, using Target Phone 42 (Call # 2564), had a conversation with ELSING, using (608) 577-7933. During the conversation, ELSING explained that his customer arrived and he would be en route to VAZQUEZ in Chicago. Specifically, VAZQUEZ stated, "Just checking your ETA." ELSING replied, "Ah shit, just heading out of town." VAZQUEZ stated, "What happened?" ELSING replied, "I'm just heading out. So, yeah. It took him [ELSING's unknown cocaine customer] a little bit to get over to me. But..." VAZQUEZ stated, "Alright. About two and a half hours, or so?" ELSING replied, "Yeah, roughly. Depending on traffic."

415. On April 15, 2013, at approximately 5:55 p.m., VAZQUEZ, using Target Phone 42 (Call # 2575), had a conversation with PASKON, using Target

Phone 46. During the conversation, PASKON explained he had an additional half kilogram of cocaine which he would deliver to VAZQUEZ when PASKON arrived to pick up the money for two kilograms.

    a.    Specifically, PASKON asked, "What, what time do you think I'm going to see you tonight?" VAZQUEZ replied, "Um, my guy will be here in about an hour. So, after that, I'll be able to clear up those two [VAZQUEZ would pay PASKON for two kilograms], real quick." PASKON stated, "Okay. And then, you know what? Uh, I took a half [half a kilogram of cocaine] away from somebody else, you want it?" VAZQUEZ replied, "Do I.. Excuse me?" PASKON stated, "I took a half away from somebody else, do you want it?" VAZQUEZ replied, "Hell yeah." PASKON stated, "I know. That was a stupid question. Alright." VAZQUEZ laughed. PASKON stated, "When you see me, when you see me, when you see me with that other one, I'll throw you that other half [PASKON would supply a half kilogram of cocaine on consignment]." VAZQUEZ replied, "My nigger, boy. Boy, I'm with you, baby. Let's get it." PASKON stated, "Okay."

    b.    VAZQUEZ replied, "I ain't going nowhere. I'm staying home, baby." PASKON stated, "Alright. Call me, call me when you're ready." VAZQUEZ asked, "Alright. Are you gonna come by me or what are you going to do?" PASKON replied, "Uh, if you're off the shore [if VAZQUEZ would be in his

home near Lake Shore Drive at 330 W. Diversey], yeah, I'll go by you." VAZQUEZ stated, "If you, if you want to come by me, it'll be faster, 'cause, he's [ELSING] coming straight to my house." PASKON replied, "Yeah, that's fine." VAZQUEZ stated, "Okay. No problem. So, about an hour and a half. I'll call you when he gets here and you can start to get ready." PASKON replied, "Just call me, call me when you're ready." VAZQUEZ responded, "Alright. Cool. Perfect."

416.  On April 15, 2013, at approximately 6:10 p.m., VAZQUEZ, using Target Phone 42 (Call # 2581), had a conversation with ELSING, using (608) 577-7933.  During the conversation, VAZQUEZ explained that PASKON was going to supply another half kilogram which would allow VAZQUEZ to fill ELSING's original order for two kilograms, but ELSING explained that he only brought enough money to pay for 1 ½ kilograms.  Specifically, VAZQUEZ stated, "Shit. No. But I was gonna ask you, uh yeah, you didn't bring enough for two [VAZQUEZ wanted to know if ELSING brought enough money to pay for two kilograms of cocaine], though, right?"  ELSING replied, "No, I didn't." VAZQUEZ stated, "Okay. Yeah, this fucker threw me an extra one [PASKON was going to supply another half kilogram]."  ELSING replied, "Mother fucker. I had it too, and I gave it to him [ELSING originally received money to pay for two kilograms but returned a portion of the money to his unknown customer.]." VAZQUEZ stated, "He's a fucking dick. Like, I don't know why he plays games,

like this. Um yeah. He threw me an extra one. So, I had enough, for like, to fill your order. But, it's all good, though. Uh, I mean, I can definitely use it here, though. You know? But, I was just, I was just trying to fill your order. Alright, no. It's all good, though. Fuck it. He gave me an extra one. I'm good, now, though." ELSING replied, "I got one more toll and then I'll be in town. So..." VAZQUEZ stated, "Cool. I'm just grabbing some dinner. Everything is already at my crib, waiting for us."

417. On April 15, 2013, at approximately 7:26 p.m., VAZQUEZ, using Target Phone 42 (Call # 2594), received an incoming text message from PASKON, using Target Phone 46. In the message, PASKON instructed VAZQUEZ to give him money to pay a portion of the outstanding debt from previous narcotics deliveries, in addition to the money to pay for two kilograms delivered earlier in the day. The text message read: "Dont forget to throw me something for the past."

### d. VAZQUEZ delivered 1 ½ kilograms of cocaine to ELSING which was later seized by Wisconsin State Police.

418. On April 15, 2013, at approximately 7:31 p.m., VAZQUEZ, using Target Phone 42 (Call # 2596), had a conversation with ELSING, using (608) 577-7933. During the conversation, ELSING stated, "I just got off on California. Looks like the traffic blows." VAZQUEZ replied, "Yeah. It's... We definitely chose

209

the wrong time to come." ELSING stated, "Yeah. No. It took me like, fucking, 45 minutes to go like, a mile and a half." VAZQUEZ replied, "Really?" ELSING stated, "Yeah. But, I should be there soon." VAZQUEZ replied, "Yeah. Um, okay."

419.   On April 15, 2013, at approximately 7:31 p.m., VAZQUEZ, using Target Phone 42 (Call # 2597), had a conversation with SHAHBAZ, using (312)619-0779. During the conversation, VAZQUEZ informed SHAHBAZ that ELSING was en route and asked SHAHBAZ to go to the stash house at 3130 N. Lake Shore Drive, prepare the one and a half kilograms for ELSING, and transport the cocaine to VAZQUEZ's residence, located at 330 W. Diversey. Specifically, VAZQUEZ stated, "Uh, Bran's [ELSING] here, already. But, I'm all the way... I'm gonna be at my girl's house in two minutes and then, I'm flying back, over there." SHAHBAZ asked, "Where is he at?" VAZQUEZ replied, "He just got off on Cali [California Avenue exit of Interstate-90]." SHAHBAZ responded, "Oh, where?" VAZQUEZ stated, "Yeah. So, he's gonna be there like, in ten minutes." SHAHBAZ replied, "Shit. Alright. Um, want me to head over there [3130 N. Lake Shore Drive], or what?" VAZQUEZ stated, "Yeah. If you could, bro. At least (unintelligible) at least, I'll meet you guys at my house. You know? At least, we gotta go back and grab that thing [transport the cocaine to VAZQUEZ's home]." SHAHBAZ replied, "Alright. Cool. I'm gonna start heading

over there, right now." VAZQUEZ stated, "Yeah. Cool. Perfect. 'Cause, he's, you know, he's already here and we don't want him waiting around. He got all that money, on him." SHAHBAZ replied, "Hell no. Cool. On my way."

420. On April 15, 2013, at approximately 7:46 p.m., surveillance observed a black Dodge Challenger, bearing Wisconsin plate 249NSU, arrive and enter the outdoor parking area located in the rear of the 330 W. Diversey property.[30] ELSING got out of the black Dodge, opened the trunk, removed a black bag and closed the trunk lid. Surveillance observed ELSING remove a phone from his pocket and walk toward the 330 W. Diversey building while carrying the black bag.

421. On April 15, 2013, at approximately 7:46 p.m., approximately the same time that surveillance observed ELSING remove his phone and head toward the 330 W. Diversey building, VAZQUEZ, using Target Phone 42 (Call # 2598), had a conversation with ELSING, using (608) 577-7933. During the conversation, ELSING informed VAZQUEZ that he arrived at 330 W. Diversey and VAZQUEZ said he would be there shortly. Specifically, VAZQUEZ answered, "What up, Bran?" ELSING replied, "Yeah. Shit. Walking up [ELSING arrived at 330 W. Diversey]." VAZQUEZ stated, "Uh (sneeze)... Sorry,

---

[30] Both buildings utilized by VAZQUEZ for his drug trafficking activities, 330 W. Diversey, Chicago, Illinois and 3130 N. Lake Shore Drive, Chicago, Illinois, are high rise apartment buildings with internal garages.

I need about five, ten minutes to get there. I'm at my other pl... Uh, my other house." ELSING replied, "Ah, you mother fucker." VAZQUEZ stated, "I had to go back and get it 'cause, I didn't bring it with me, over there, yet. Just 'cause, I don't like having nothing over there [VAZQUEZ did not like having cocaine at his residence located at 330 W. Diversey]. So, I'm coming like, I'm five minutes away, at my other house." ELSING replied, "Alright. There ain't no five minutes in Chicago." VAZQUEZ stated, "Uh, yeah there is. BZ [SHAHBAZ] is already on the way there, to meet you up, anyway. So, while I'm go to the house." ELSING replied, "Alright. (Unintelligible)" VAZQUEZ stated, "He'll be right there. He'll be right there any second." ELSING replied, "Yeah. I'm outback [ELSING was at the rear exterior parking area at 330 W. Diversey]." VAZQUEZ stated, "Alright. Cool. We'll be right there."

422.  On April 15, 2013, at approximately 7:48 p.m., VAZQUEZ, using Target Phone 42 (Call # 2599), had a conversation with SHAHBAZ, using (312) 619-0779. During the conversation, VAZQUEZ stated, "Yeah. What's your ETA, B's [ELSING] already there?" SHAHBAZ replied, "Uh, I'm, I just got to the trap [Stash house located at 3130 N. Lake Shore Drive], right now." VAZQUEZ stated, "Oh you, oh, you did? Oh, perfect. He's already uh, he's in that back parking lot." SHAHBAZ replied, "Okay. So, after I get it um, bring him up, bring him up to the, to the crib?" VAZQUEZ stated, "Yeah, 'cause, we gotta count it

[ELSING's payment] all and all that." SHAHBAZ asked, "Where you at?" VAZQUEZ replied, "I'm already driving that way." SHAHBAZ stated, "How am I going to get the crib, is my thing?" VAZQUEZ replied, "How, how are you gonna to get in?" SHAHBAZ replied, "Yeah." VAZQUEZ stated, "Uh, you don't have a key? Oh, well, HB [PEREZ] should be actually there, too, actually. He should be there any second." SHAHBAZ replied, "Alright. Let me call him."

423.    On April 15, 2013, at approximately 7:50 p.m., surveillance observed the black Jeep, previously observed on surveillance being used by VAZQUEZ and his workers, enter the parking garage at 3130 N. Lake Shore Drive.

424.    On April 15, 2013, at approximately 7:54 p.m., VAZQUEZ, using Target Phone 42 (Call # 2605), had a conversation with ANGEL PEREZ, aka "Hellboy," aka "Fatboy," using (872) 209-9218.  During the conversation, VAZQUEZ informed PEREZ that SHAHBAZ needed to get into the apartment at 330 W. Diversey. During the conversation, VAZQUEZ stated, "Uh, no, BZ [SHAHBAZ] needs to get in the house and you got the key." PEREZ replied, "I'm gonna call Individual K [employee at the 330 W. Diversey property] and tell him to get him in."

425.    On April 15, 2013, at approximately 7:56 p.m., VAZQUEZ, using Target Phone 42 (Call # 2606), had a conversation with SHAHBAZ, using (312) 619-0779. During the conversation, SHAHBAZ stated, "Yeah, this nigger's car

is there [ELSING's car was parked on the property], bro." VAZQUEZ replied, "Yeah. I got Individual K [Unknown employee at the 330 W. Diversey property] opening the door for you, right now, bro. Relax. Calm down."

426. On April 15, 2013, at approximately 8:02 p.m., surveillance observed the black Jeep exit the parking garage at 3130 N. Lake Shore Drive. At 8:05 p.m., surveillance observed the black Jeep arrive and enter the parking garage at 330 W. Diversey.

427. On April 15, 2013, at approximately 8:06 p.m., VAZQUEZ, using Target Phone 42 (Call # 2607), had a conversation with PASKON, using Target Phone 46. During the conversation, VAZQUEZ stated, "Okay. So um, you could pretty much head out, whenever you want. Um. we're over here at my house, already." PASKON replied, "Alright. Just let me know when you're ready, brother." VAZQUEZ stated, "I mean, you're pretty much... We're pretty much ready." PASKON replied, "Okay. (Unintelligible)." VAZQUEZ stated, "By the time I finish, by the time I finish with him [ELSING], like, you know, it's gonna be quick. It's (unintelligible)." PASKON replied, "Okay. You remember to throw me a little extra?" VAZQUEZ stated, "Well, actually, I only gave my guy [ELSING] um, one and a half [1 ½ kilograms of cocaine]. From Wisconsin. Because, I didn't know you were giving me the other half." PASKON replied, "Okay." VAZQUEZ stated, "So um, I pretty much did a half [VAZQUEZ

delivered a half kilogram to other customers], myself, throughout the day. Well, a little less than that. So, I'm gathering... I'm trying to clear you up [VAZQUEZ was trying to pay off old narcotics debts to PASKON], too. You know what I'm saying? Like, I said·I would. But, I only gave him one and a half. So, all the money that I did make is going to clear up the other half, real quick. 'Cause, I want at the minimum, do that. So, just give me another day, I'll have more money, tomorrow. You know? I just wanted to make sure I give you these two, real quick." PASKON replied, "Alright. Cool. Um, I'll be there in 25 minutes." VAZQUEZ replied, "Okay. Take your time."

428. On April 15, 2013, at approximately 8:42 p.m., VAZQUEZ, using Target Phone 42 (Call # 2618), had a conversation with PASKON, using Target Phone 46. VAZQUEZ answered, "What up, E?" PASKON replied, "What's good? I'll be there in uh, five minutes. Please, don't have me waiting downstairs, with this [half kilogram of cocaine]." VAZQUEZ responded, "Oh, okay. No problem." At approximately 8:50 p.m., VAZQUEZ, using Target Phone 42 (Call # 2625), had another conversation with PASKON, using Target Phone 46. During the conversation, PASKON stated, "I'm here." VAZQUEZ replied, "And I was gonna do it too, man. Yeah. Alright. Cool. Here I come."

429. On April 15, 2013, at approximately 8:56 p.m., surveillance observed PASKON's black Volkswagen arrive and park near the front door of the 330 W.

Diversey building.  PASKON left the Volkswagen and entered the front door of the property.

430.   On April 15, 2013, at approximately 8:56 p.m., VAZQUEZ, using Target Phone 42 (Call # 2626), had a conversation with PASKON, using Target Phone 46. During the conversation, VAZQUEZ answered, "Yeah, I'm in the elevator." PASKON replied, "Okay. I'm parked by the main entrance."  Later in the conversation, PASKON stated, "Only 'cause, there is like, two, two Com Ed vehicles sitting over on the other side, I don't like." VAZQUEZ stated, "There's two what?" PASKON replied, "Two Com Ed vehicles. I don't like those guys." VAZQUEZ stated, "Oh, okay. Yeah. I don't like those, either. Alright." PASKON replied, "But I'm, I'm in the front, by the door man."

431.   On April 15, 2013, at approximately 8:59 p.m., surveillance observed PASKON exit the front door at 330 W. Diversey.   Surveillance observed PASKON carrying a black bag in his hand as he entered the black Volkswagon. PASKON drove away from the area in the Volkswagon.

432.   On April 15, 2013, at approximately 9:01 p.m., surveillance observed ELSING exit the door at 330 W. Diversey.  Surveillance observed ELSING walk quickly to the black Dodge with a black bag in his hand.  ELSING opened the trunk of the Dodge, placed the back bag into the trunk, and closed the lid. Surveillance observed ELSING get into the Dodge and drive from the lot.

433. At approximately 9:16 p.m., surveillance observed the black Dodge enter westbound Interstate 90/94 at California Avenue and head toward Wisconsin. Investigators contacted members of the Wisconsin State Troopers and asked for the troopers to develop independent probable cause to stop ELSING's black Dodge and search the car.

434. At approximately 10:50 p.m., Wisconsin State Troopers initiated a traffic stop of ELSING in the black Dodge for speeding. The Troopers' search of ELSING's Dodge recovered approximately 1500 grams of cocaine from the Dodge. Investigators submitted the recovered substance to the DEA's North Central Laboratory for analysis and the analysis found it to contain approximately 1472 grams of cocaine hydrochloride.

**e.    On April 16, 2013, VAZQUEZ learned of ELSING's stop and arrest, informed PASKON and stopped using his phone.**

435. On April 16, 2013, at approximately 11:55 a.m., VAZQUEZ, using Target Phone 42 (Call # 2670), had a conversation with PASKON, using Target Phone 46. During the conversation, VAZQUEZ explained how ELSING was stopped by the police. Specifically, VAZQUEZ stated, "Shit. What's going on, bro? How you doing?" PASKON stated, "Chillin'. Chillin'. Okay, I want to uh, I want to throw you uh, I want to throw you some more of these [kilograms of cocaine]. Two or three of 'em more. Right now. Uh, is any of your driver's

217

available?" VAZQUEZ replied, "Um, man. You know what, bro? My mother fucking um, my guy from yesterday, he say, he got popped [VAZQUEZ informed PASKON of ELSING being arrested in Wisconsin following the delivery of approximately 1500 grams of cocaine], G." PASKON stated, "What do you mean?" VAZQUEZ replied, "He say, he got popped on the way back home."[31] PASKON responded, "No." VAZQUEZ stated, "Yeah, bro. I don't know what's going on, bro. I, I, I just turned it [VAZQUEZ phone] back on. It's been off since yesterday. I just turned it back on, now. Um, but I wasn't even trying to answer these phone calls. I just saw it was you." PASKON replied, "Son of a bitch." VAZQUEZ stated, "Yeah, I mean, I... I don't know what's going on. I don't know if this heat's from us or from him [VAZQUEZ was unsure if he, PASKON or ELSING was the target of a law enforcement investigation], but, if they got him, it's most likely from him. Right?" PASKON replied, "Yeah. It's gotta be from him. Because, if anything, they would of... They would have already done

---

[31]     On April 16, 2013, at approximately 3:01 a.m., VAZQUEZ, using Target Phone 42 (Call# 2650), had a conversation with an unknown person, using (608) 449-7976. Due to the early morning hour, this call was not monitored. Call records indicate the duration to be approximately 00:02:11. LexisNexis database records indicate (608) 449-7976 to be utilized by "Individual L." LexisNexis Records show Individual L having a secondary address in Wisconsin shared by ELSING. Because of the association of this phone with ELSING, the statements VAZQUEZ makes about information from ELSING in call number 2670, and the fact that VAZQUEZ stopped using Target Phone 42 on April 16, 2013, as he referenced, I believe that call number 2650 was the call from ELSING informing VAZQUEZ of ELSING's traffic stop and the cocaine seizure.

something." VAZQUEZ stated, "Right. They would have got our ass, already. Right?" PASKON replied, "Exactly. Definitely. They wouldn't have came after him, in the first place. They would of came after me or you." VAZQUEZ stated, "That's what I'm saying. So, I'm kind of tweakin', right now, bro. I'm not gonna even lie. I'm fucking tweakin', right now. I'm switching everything up, bro. I'm gonna call you in about 15, 20 minutes from uh, the new one [VAZQUEZ would obtain a new telephone and call PASKON]." PASKON replied, "Alright. Cool." VAZQUEZ stated, "Alright. Bye."

436. On April 16, 2013, at approximately 12:01 p.m., VAZQUEZ, using Target Phone 42 (Call # 2671), had a conversation with MIRELES, using (773) 592-4755. During the conversation, VAZQUEZ explained that ELSING was stopped by the police and instructed MIRELES to obtain four new telephones. VAZQUEZ answered, "Yo." MIRELES replied, "What happened?" VAZQUEZ stated, "Shit, bro. Get uh... "B" got popped off, leaving over here [VAZQUEZ explained ELSING was arrested following the delivery of approximately 1500 grams of cocaine]." MIRELES replied, "Who?" VAZQUEZ stated, "B. B. B. B." MIRELES replied, "Oh, shit. What the fuck." VAZQUEZ stated, "You have to... Yeah, get up with us, come over here. Uh, go get... Go get f... Uh, cuatro telefonos [VAZQUEZ instructed MIRELES to obtain four telephones]." MIRELES replied, "Alright." VAZQUEZ stated, "Hurry up."

437. Telephone records for Target Phone 42 indicate that the last outgoing call was placed at approximately 4:37 p.m. on April 16, 2013. Telephone records for Target Phone 46 indicate that the phone received an incoming call from Target Phone 45, VAZQUEZ's new phone, at approximately 3:17 p.m. on April 16, 2013.

438. Based on the foregoing I believe that on April 15, 2013, ERIC PASKON supplied cocaine to VAZQUEZ, 1 ½ kilograms of which VAZQUEZ supplied to BRANDON ELSING which was seized by law enforcement.

### xvii. On April 18, 2013, JAMESON HAMLIN delivered 100 grams of heroin to MALCOLM HARRIS.

439. On April 18, 2013, at approximately 10:54 a.m., JAMESON HAMLIN, using Target Phone 41 (Call # 5240), had a conversation with MALCOLM HARRIS, using (773) 297-3334. During the conversation, HAMLIN and HARRIS discussed HARRIS's order of 100 grams of heroin for the price of $6,250.00. Specifically, HARRIS asked, "You got some dog food [heroin]?" HAMLIN replied, "Yeah." HARRIS asked, "What's the ticket for a dollar, [HARRIS asked for a price for 100 grams of heroin] real quick?" HAMLIN replied, "Sixty five [$65.00 per gram]." HARRIS stated, "You always trying to put a extra five on some shit." HAMLIN replied, "What do you mean, I'm always trying to put an extra five on something, man? I gotta eat [profit] too, man." HARRIS stated, "Man, you eatin' without that five. Fuck you talking about?"

220

HAMLIN replied, "Man, whatever, man. Come on with the sixty two fifty [$6250], man." HARRIS stated, "Alright. I'm finna leave from the Daley building. I'm gonna call you in a minute."

440. On April 18, 2013, at approximately 5:19 p.m., HAMLIN, using Target Phone 41 (Call # 5310), had a conversation with HARRIS, using (773) 297-3334. During the conversation, HARRIS asked how long it would take the obtain the 100 grams. Specifically, HARRIS asked, "How long will it be? 'Cause, dude said, he on his way out here. How long it gonna be before you can uh, give me that dollar?" HAMLIN replied, "Shit, about 30, about 45 minutes, an hour." HARRIS responded, "Damn, man." HAMLIN stated, "You should of called back." Later in the conversation, HARRIS stated, "Damn, man. I'm gonna tell dude, like forty minutes, then." HAMLIN replied, "Alright."

441. On April 18, 2013, at approximately 6:48 p.m., HAMLIN, using Target Phone 41 (Call # 5336), had a conversation with HARRIS, using (773) 297-3334. During the conversation, HAMLIN informed HARRIS he was growing tired of waiting for HARRIS to take the delivery of 100 grams. Specifically, HAMLIN stated, "Hey man, you bullshitting, man. You got me out here sitting around with this bullshit, while you're down there, God damn it. I hope you got my mother fucking money, when I see your ass." Later in the conversation, HAMLIN stated. "So, what you gonna do, man? I'm still sitting over here on

Lockwood." HARRIS replied, "(Unintelligible) You on Lockwood, where?" HAMLIN stated, "By your sister's house, sitting in the car. Waiting on you. You told me, 30 minutes." HARRIS replied, "Man, I... look. Damn, man. I'm over... You're sitting by the house? Here I come. I'm coming right now, man." HAMLIN stated, "You still down there. I'm not gonna sit right here, all this time, while you're all the way down..." HARRIS replied, "Ah, just put it... Look, just put it up around the corner [HARRIS suggested HAMLIN secure the heroin in a building until he arrived]. I'm coming, right now. They, they already in the area, right there." HAMLIN responded, "Put it up around what corner?" HARRIS stated, "Where ever you could put it up, 'till I get up there. I ain't finna be no... I'm leaving, right now. I'm leaving from out here, right, right now." HAMLIN replied, "You gonna have to come on Lavergne [Madison and Lavergne] then, man."

442. On April 18, 2013, at approximately 6:48 p.m., surveillance in the area of Madison Street and Lavergne Avenue, in Chicago, Illinois observed the following:

a. At approximately 6:58 p.m., HAMLIN, driving a white Nissan Murano, arrived and parked on the street at approximately 3 N. Lavergne. HAMLIN was the lone occupant and remained seated in the Nissan.

222

b.     At approximately 7:32 p.m., HAMLIN drove the white Nissan across the street into the Whale Fish and Chicken restaurant located at 4955 W. Madison.

443.   On April 18, 2013, at approximately 7:36 p.m., HAMLIN, using Target Phone 41 (Call # 5382), had a conversation with HARRIS, using (773) 297-3334. During the conversation, HARRIS informed HAMLIN that HARRIS was close to HAMLIN's location. Specifically, HARRIS stated, "I'm pulling up, right now." HAMLIN replied, "Where you at?" HARRIS stated, "(Unintelligible) I'm finna turn on..." HAMLIN asked, "Where you at, right now?" HARRIS replied, "Right here on (unintelligible)." HAMLIN stated, "On who?" HARRIS replied, "Washington and Leclaire." HAMLIN stated, "'Cause, I'm right here, across the street, in uh, the chicken restaurant lot." HARRIS replied, "You got it [100 grams of heroin] on you?" HAMLIN responded, "Yeah." HARRIS stated, "Alright. I'm finna pull over there."

444.   On April 18, 2013, at approximately 7:40 p.m., surveillance observed a gray Kia arrive and enter the parking lot at 4955 W. Madison and park next to the white Nissan. Surveillance observed HARRIS exit the Kia and enter the front passenger seat of the Nissan with HAMLIN. An unknown female remained seated in the front passenger seat of the Kia. After approximately one minute, surveillance observed HARRIS leave the Nissan and enter the Kia. The

Kia left the lot and drove west bound on Madison. Mobile surveillance of the Kia was initiated. At approximately 7:45 p.m., the gray Kia arrived and parked at in the alley at the rear of 723 N. Lockwood.

445. On April 18, 2013, at approximately 8:30 p.m., HAMLIN, using Target Phone 41 (Call # 5407), had a conversation with HARRIS, using (733) 297-3334. During the conversation, HAMLIN asked how long it would be until HARRIS paid for the 100 grams. Specifically, HAMLIN stated, "How long you gonna be?" HARRIS replied, "It'll be like, twenty minutes. I'm still... I'm sitting at the house waiting on him [HARRIS was waiting for his heroin customer to arrive]." HAMLIN stated, "Alright."

446. On April 18, 2013, at approximately 9:00 p.m., HAMLIN, using Target Phone 41 (Call # 5418), received a text message from HARRIS, using (773) 297-3334. In the text, HARRIS related that his customer arrived and was examining the heroin delivered by HAMLIN. The text message read: "He checking it you I m going to call you in a minute".

447. On April 18, 2013, at approximately 10:01 p.m., HAMLIN, using Target Phone 41 (Call # 5420), had a conversation with HARRIS, using (773) 297-3334. During the conversation, HARRIS told HAMLIN that the unknown customer did not like the quality of heroin delivered by HAMLIN. Specifically, HAMLIN stated, "What's happening?" HARRIS replied, "Shit. Where you at

224

'cause, he, he don't like it." HAMLIN stated, "Alright. Where you at?" HARRIS replied, "I'm gonna pull back up on Lockwood. It's [heroin] on Lockwood, though." HAMLIN replied, "Alright. I'm gonna come that way in a couple minutes." HARRIS replied, "Alright."

448.   Based upon the intercepted communications setting up the purchase of 100 grams of heroin at the agreed price of $6250, surveillance observations of the meeting between HAMLIN and HARRIS thereafter on April 18, 2013, and my training and experience and that of my fellow investigators, I believe HAMLIN supplied HARRIS with 100 grams of heroin during this meeting which HARRIS then decided to return.

### xviii.   On May 26, 2013, VAZQUEZ arranged to receive two kilograms of cocaine from PASKON.

449.   On May 26, 2013, at approximately 5:28 p.m., VAZQUEZ, using Target Phone 45 (Call # 5038), had a conversation with PASKON, using Target Phone 49.  During that conversation,  PASKON informed VAZQUEZ that he would deliver a quantity of cocaine to VAZQUEZ on the following day. Specifically, VAZQUEZ stated, "How you doing, my brother?" PASKON replied, "Great. I'm great. Uh, I will see you tomorrow." VAZQUEZ replied, "Uh, what time? early?" PASKON stated, "Yeah, probably early. The earlier, the better." VAZQUEZ replied, "Oh, snap. Alright. What, what you, what you got for me, five? Six [VAZQUEZ asked how many kilograms of cocaine PAKSON would

supply suggesting 5 or 6]?" PASKON stated, "Uh, how about I just give you two. And then come back and give you two, two more and then two, again. You know what I mean? We'll do it like that [PASKON stated that he would supply VAZQUEZ two kilograms of cocaine at a time]." VAZQUEZ replied, "Okay."

> **a.  On May 27, 2013, PASKON received cocaine from his source which he then delivered to VAZQUEZ's worker MIRELES.**

450.  On May 27, 2013, at approximately 10:00 a.m., surveillance observed PASKON driving a black Volkswagen Touareg arrive and park in the alley near 2715 N. Cicero Avenue. Approximately 12 minutes later, surveillance observed PASKON drive the Volkswagen into the alley north of Schubert Street and park adjacent to a red Chevrolet pick up which was now parked in the alley. While remaining in the vehicles, the Unknown Male driver of the red Chevrolet handed a large white, weighted bag to PASKON through the driver's side window. Following the transaction, each vehicle drove from the area.

451.  On May 27, 2013, at approximately 1:15 p.m., VAZQUEZ, using Target Phone 45 (Call # 5069), had a conversation with PASKON, using Target Phone 49. During the conversation, PASKON informed VAZQUEZ that he had a quantity of cocaine to deliver and that PASKON would call MIRELES directly to set up the delivery. Specifically, PASKON stated, "Oh yeah, what's good? I know Pop's [MIRELES] phone is off. I tried calling that [guy] this morning. I was

226

just gonna slide that shit to him [Deliver a quantity of cocaine directly to MIRELES] but that shit, that man's phone is off, too." VAZQUEZ replied, "No, I just talked to him [MIRELES]." PASKON stated, "Oh, maybe... Maybe he turned it on. Yeah, I tried him earlier. I tried him like around 10:30 or 11:00." VAZQUEZ replied, "Oh, yeah. No. I just talked to him, he's up." PASKON stated. "Alright, let me call him." VAZQUEZ replied, "Alright. You gonna uh, are you gonna go grab that now [delivery cocaine to MIRELES], then?" PASKON stated, "Yeah." VAZQUEZ replied, "Alright, cool."

452. On May 27, 2013, at approximately 1:28 p.m., surveillance observed PASKON, carrying the white bag, walk into the front door of the residence located at 2735 W. Lemoyne, which the investigation had previously identified as PASKON's stash house.

453. On May 27, 2013, at approximately 1:49 p.m., VAZQUEZ, using Target Phone 45 (Call # 5077), had a conversation with PASKON, using Target Phone 49. During the conversation, PASKON informed VAZQUEZ that PASKON would be raising the price for cocaine by $500, but the current price would remain $34,000.00. Specifically, PASKON stated, "Hey, you know what? You know what I forget to tell you too, man? They, they [PASKON's cocaine source] raised the prices on me, only because I gotta pay the trucker. But I'm not gonna raise them to you on this batch [The current cocaine price will remain the

same]. The next one I might have to bump it up just like, maybe just five hundred [increase the price of each kilogram of cocaine by $500,00]. 'Cause, they're... 'Cause now, now them cock suckers they're gonna, they were gonna switch off paying the trucker. I gotta pay a month. They gotta pay a month, so." VAZQUEZ replied, "Oh, yeah?" PASKON stated, "So, whenever (unintelligible) to them, it's only five hundo [$500.00]." Later in the conversation, PASKON stated, "But for right now, we're still at just thirty-four [$34,000.00 per kilogram of cocaine]." VAZQUEZ replied, "Okay."

454.   On May 27, 2013, at approximately 1:57 p.m., surveillance observed FRANCISCO MIRELES, driving a gray Honda Odyssey,  arrive and park on Cicero Avenue, just south of Schubert, in the same area surveillance observed PASKON receive the white bag earlier in the day.

455.   On May 27, 2013, at approximately 2:05 p.m., VAZQUEZ, using Target Phone 45 (Call # 5080), had a conversation with MIRELES, using (224) 619-0384.   During the conversation, VAZQUEZ asked, "Shit, you talk to E [PASKON]?" MIRELES replied, "Yep." VAZQUEZ asked, "How long before you see him?"  MIRELES replied, "Like five, ten minutes." VAZQUEZ stated, "And then you come shake it off [deliver kilograms to the stash house at 3130 N. Lake Shore Drive]?" MIRELES replied, "Yep." Later in the conversation, MIRELES asked, "How many [kilograms] are we getting?" VAZQUEZ replied, "I think three

228

or two maybe. But I got six total [VAZQUEZ expected a total of six kilograms from PASKON]." MIRELES stated, "Fuck it. I'll just keep this shit (unintelligible)." VAZQUEZ replied, "Yeah, I got two, two, two [VAZQUEZ expected to receive a total of six kilograms]. So, I'm good." MIRELES stated, "Alright, fuck it. I'll call you as soon as I have them in hand." VAZQUEZ replied, "Alright. Cool. I'm gonna dress and just go to the office [stash house located at 3130 N. Lake Shore Drive] and start getting shit ready."

456. At approximately 2:18 p.m., surveillance observed PASKON arrive in the black Volkswagen and enter the alley east of Cicero Avenue followed by the gray Honda driven by MIRELES. Less than one minute later, both vehicles drove from the alley.

457. At approximately 2:50 p.m., surveillance observed the gray Honda enter the enclosed parking facility at 3130 N. Lake Shore Drive.

458. Based on the forgoing, I believe that on May 27, 2013, ERIC PASKON supplied DANIEL VAZQUEZ and FRANCISCO MIRELES with two kilograms of cocaine.

### b. VAZQUEZ and MIRELES supplied FREYTES with 250 grams of cocaine.

459. On May 27, 2013, at approximately 3:06 p.m., VAZQUEZ, using Target Phone 45 (Call # 5098), had a conversation with NEFTALI FREYTES, a/k/a "Lucky," using (773) 982-1425. During the conversation, FREYTES

229

ordered 500 grams of cocaine from VAZQUEZ but VAZQUEZ agreed to supply him with only 250 grams due to FREYTES's pending debts for prior cocaine supplied.

        a.    Specifically, FREYTES asked, "Yeah, we can't get no (unintelligible) yet, man?" VAZQUEZ replied, "No what?" FREYTES stated, "No work [cocaine]." VAZQUEZ stated, "I just walked in the door, actually." FREYTES replied, "What do you mean?" VAZQUEZ stated, "I just touched down [VAZQUEZ informed FREYTES that he had just received a quantity of cocaine] right now." FREYTES asked, "You got some work?" VAZQUEZ replied, "I just touched down, right now. That's why I'm over here. I just came in to grab the shit." FREYTES asked, "Okay. Um, can I get a full cheesie [500 grams of cocaine]?" VAZQUEZ replied, "Yeah. Are you paying for it or are you just gonna clear up the last one [VAZQUEZ wanted FREYTES to pay off all of his previous debt and then start new with the current delivery]? Start all over? Or how you doing it?"

        b.    Later in the conversation, FREYTES stated, "I don't know. You told me, you were gonna start working on the price [FREYTES thought VAZQUEZ might lower the price for cocaine] for me. 'Cause, this shit been ridiculous. " VAZQUEZ stated, "What have we been doing? You were doing nineteen for the half [$19,000.00 for 500 grams of cocaine]?" FREYTES replied,

"I was doing... Yeah, nineteen for the half."   Later in the conversation, FREYTES stated, "How about this, we'll meet half way.  I'm gonna give you forty-eight [$4800.00 owed for past cocaine deliveries]. 'Cause, I (unintelligible) forty-seven fifty. I'm gonna give you forty-eight. Okay? You're gonna send the ning ding [nine ounces/250 grams of cocaine] and then I'm gonna owe you ninety-five [$9500.00 for 250 grams of cocaine]." VAZQUEZ replied, "Right. Okay." FREYTES stated, "Okay. And then I'm gonna clear... I'll be done with that, probably by the end of the day [FREYTES expected to have distributed the current supply of cocaine]." VAZQUEZ replied, "Okay. Bye. C'mon [VAZQUEZ agreed with FRETEYS's proposal to pay a portion of what he owed and receive another 250 grams of cocaine]."

460.   On May 27, 2013, at approximately 3:29 p.m., surveillance observed MIRELES, driving the gray Honda Odyssey, leave the garage at 3130 N. Lake Shore Drive. At approximately 3:57 p.m., surveillance observed MIRELES begin to drive the gray Honda erratically; including stopping on the street for no apparent reason and executing unexplained u-turns.  Fearing detection by the MIRELES given his erratic driving, surveillance stopped following him.

461.   On May 27, 2013, at approximately 4:24 p.m., VAZQUEZ, using Target Phone 45 (Call # 5128), had a conversation with MIRELES, using (224) 619-0384.  During the conversation, VAZQUEZ asked, "What you doing?"

MIRELES stated, "About to finish up with Luck [delivered 250 grams to FREYTES], right now." VAZQUEZ replied, "Oh, yeah. And then, T?" MIRELES stated, "No, he's done [delivered cocaine to an unknown customer]." VAZQUEZ stated, "Damn, cuz. And then you're done, then."

462. Based on the foregoing, I believe that on May 27, 2013, VAZQUEZ and MIRELES supplied FREYTES with 250 grams of cocaine.

c. **On May 28, 2013, VAZQUEZ complains to PASKON of cocaine weight missing from PASKON's May 27 delivery.**

463. On May 28, 2013, at approximately 3:37 p.m., VAZQUEZ, using Target Phone 45 (Call # 5328), sent a text message to PASKON, using Target Phone 49. In the text, VAZQUEZ stated that two of the packaged quantities of cocaine were 25 grams short of the expected weight. The text message read: "Two of them short 25 g each".

464. On May 28, 2013, at approximately 3:47 p.m., VAZQUEZ, using Target Phone 45 (Call # 5069), received a text message from PASKON, using Target Phone 49. The text message read: "That s the way they come they were not open $".

465. On May 28, 2013, at approximately 3:47 p.m., VAZQUEZ, using Target Phone 45 (Call # 5330), received a text message from PASKON, using

Target Phone 49. In the text, PASKON stated that he would inform his source of the shortage. The text message read: "Let me tell them".

466.   On May 28, 2013, at approximately 3:47 p.m., VAZQUEZ, using Target Phone 45 (Call # 5331), received a text message from PASKON, using Target Phone 49. In the text, PASKON stated that he would attempt to recover the loss for VAZQUEZ. The text message read: "C if they [PASKON's source] can do any thing".

## C.   Search Warrants

467.   This Affidavit is also offered in support of search warrants for the following residences for documents pertaining to the commission of conspiracy to possess a controlled substance with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, and possession of a controlled substance with the intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1):

a.   216 W. 31st Street, 2nd Floor Apartment, Chicago, Illinois (MICHAEL WHITING's apartment);

i.   As set forth in Attachment A for the Application for a search warrant for 216 W. 31st Street, 2nd Floor Apartment, Chicago, Illinois, the premises to be searched is the apartment on the second floor of a red-brick store front. The entrance

233